Joseph R. Saveri (State Bar No. 130064)
jsaveri@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Individual and Representative Plaintiff*
*Rochester Drug Co-Operative, Inc.*

[Additional Attorneys listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(Oakland Division)

| | |
|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. CV-07-6010-BZ<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**<br><br>The Honorable Bernard Zimmerman |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE**, pursuant to Local Rule 3-13, Plaintiff Rochester Drug Co-Operative, Inc. provides notice that *Rochester Drug Co-Operative, Inc. v. Abbott Laboratories, et al.,* Case No. CV-07-6010-BZ ("*Rochester*"), involves all or a material part of the same subject matter and all or substantially all of the same parties in the following pending actions:

- *Doe 1, et al. v. Abbott Laboratories,* Case No. 04-1511-CW ("*Doe 1*") (presently styled *In re Abbott Labs Norvir Antitrust Litigation*) pending in the United States District Court for the Northern District of California. In both *Rochester* and *Doe 1*, Plaintiffs allege that the Defendants unlawfully monopolized the market for boosted protease inhibitors, a class

1  of drugs used to treat medical disorders caused by the human immunodeficiency virus
2  ("HIV"), in violation of section 2 of the Sherman Act, 15 U.S.C. § 2.

3  • *Safeway, Inc., et al. v. Abbott Laboratories*, Case No. CV-07-5470-CW ("*Safeway*")
4  pending in the United States District Court for the Northern District of California. In both
5  *Rochester* and *Safeway*, Plaintiffs allege that the Defendants unlawfully monopolized the
6  market for boosted protease inhibitors, a class of drugs used to treat medical disorders
7  caused by the human immunodeficiency virus ("HIV"), in violation of section 2 of the
8  Sherman Act, 15 U.S.C. § 2.

9  • *Smithkline Beecham Corp., d/b/a GlaxoSmithKline v. Abbott Labotatories,* Case No. CV-
10  07-5702-CW ("*SmithKline*") pending in the United States District Court for the Northern
11  District of California. In both *Rochester* and *SmithKline*, Plaintiffs allege that the
12  Defendant unlawfully monopolized the market for boosted protease inhibitors, a class of
13  drugs used to treat medical disorders caused by the human immunodeficiency virus
14  ("HIV"), in violation of section 2 of the Sherman Act, 15 U.S.C. § 2.

15  • *Meijer, Inc. and Meijer Distribution, Inc. v. Abbott Laboratories*, Case No. CV-07-5985-
16  EDL ("*Meijer*"), pending in the United States District Court for the Northern District of
17  California. In both *Rochester* and *Meijer*, Plaintiffs allege that the Defendant unlawfully
18  monopolized the market for boosted protease inhibitors, a class of drugs used to treat
19  medical disorders caused by the human immunodeficiency virus ("HIV"), in violation of
20  section 2 of the Sherman Act, 15 U.S.C. § 2.

21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Pursuant to Local Rule 3-12, Plaintiff has filed in *Doe 1* an Administrative Motion to consider whether *Rochester* and *Doe 1* should be related.

Dated: November 30, 2007

Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:   */s/ Joseph R. Saveri*
        Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Daniel Berger
*dberger@bm.net*
Eric L. Cramer
*ecramer@bm.net*
David F. Sorensen
*dsorensen@bm.net*
John D. Radice
*jradice@bm.net*
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

Joshua P. Davis (State Bar No. 193254)
*davisj@usfca.edu*
LAW OFFICES OF JOSHUA P. DAVIS
437A Valley Street
San Francisco, CA 94131
Telephone:  (415) 422-6223

*Attorneys for Individual and Representative Plaintiff Rochester Drug Co-Operative, Inc.*