1  Joseph R. Saveri (State Bar No. 130064)
   *jsaveri@lchb.com*
2  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 30th Floor
3  San Francisco, CA  94111-3339
   Telephone:  (415) 956-1000
4  Facsimile:  (415) 956-1008

5  *Attorneys for Individual and Representative Plaintiff*
   *Rochester Drug Co-Operative, Inc.*

6
   [Additional Attorneys listed on Signature Page]
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                           (Oakland Division)
11

12  ROCHESTER DRUG CO-OPERATIVE, INC.,        Case No. CV-07-6010-BZ
    on behalf of itself and all others similarly
13  situated,                                  **PLAINTIFF ROCHESTER DRUG**
                                               **CO-OPERATIVE, INC.'S**
14                    Plaintiff,               **CERTIFICATION OF INTERESTED**
                                               **ENTITIES OR PERSONS PURSUANT**
15  v.                                         **TO LOCAL RULE 3-16**

16  ABBOTT LABORATORIES,                       The Honorable Bernard Zimmerman

17                    Defendant.

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: November 30, 2007

Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: */s/ Joseph R. Saveri*
Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Daniel Berger
*dberger@bm.net*
Eric L. Cramer
*ecramer@bm.net*
David F. Sorensen
*dsorensen@bm.net*
John D. Radice
*jradice@bm.net*
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

Joshua P. Davis (State Bar No. 193254)
*davisj@usfca.edu*
LAW OFFICES OF JOSHUA P. DAVIS
437A Valley Street
San Francisco, CA 94131
Telephone: (415) 422-6223

*Attorneys for Individual and Representative Plaintiff Rochester Drug Co-Operative, Inc.*