Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
Eric B. Fastiff (State Bar No. 182260)
*efastiff@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Individual and Representative Plaintiff*
*Rochester Drug Co-Operative, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(Oakland Division)

| | |
|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. CV-07-6010-CW<br><br>**NOTICE OF APPEARANCE**<br><br>The Honorable Claudia Wilken |

PLEASE TAKE NOTICE THAT in the above-captioned litigation, Eric B. Fastiff of the law firm of Lieff Cabraser Heimann & Bernstein, LLP, enters his appearance as counsel on behalf of plaintiff ROCHESTER DRUG CO-OPERATIVE, INC. and requests that copies of all future notices, pleadings, and other documents filed in this action be provided to him.

Dated: December 4, 2007          Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:_____*/s/ Eric B. Fastiff*_____
               Eric B. Fastiff

*Attorney for Plaintiff Rochester Drug Co-operative, Inc.*