| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address) | FOR COURT USE ONLY |
|---|---|
| Joseph R. Saveri (SBN: 130064)<br>LIEFF, CABRASER, HEIMAN & BERNSTEIN, LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br><br>Daniel Berger, Eric L. Cramer, David F. Sorensen, John D. Radice, Esq.<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br><br>Joshua P. Davis (SBN: 193254)<br>LAW OFFICES OF JOSHUA P. DAVIS<br>437A Valley Street | |

**Attorney(s) for: Rochester Drug Co-Operative, Inc.**
Ref: 694327

**United States District Court Northern District of California**

*Plaintiff: Rochester Drug Co-Operative*
*Defendant: Abbott Laboratories*

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT | CASE NUMBER:<br>CV 07 6010 |
|---|---|---|---|---|

1.      At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

*Summons in a Civil Case; EFC Registration Information Handout; Order Setting Initial Case Management Conference and or Deadlines; Civil Cover Sheet; & Class Action Complaint Jury Trial Demand*

2. a. Party served:      Abbott Laboratories

   b. Witness served:      Tynesha Woolruf, Personally

   c. Address:      818 West Seventh Street
   Los Angeles, CA 90017

3. I served the party named in item 2a. by personally delivering the copies to the person served as follows:

(1) on:  11/29/07      at:      11:00 AM

4. I received this documents for service on *(date)*:  11/28/07

5. Person serving:
John Aldana
ABC LEGAL SERVICES
520 TOWNSEND STREET, 1ST FLOOR
SAN FRANCISCO, CALIFORNIA 94103
(415) 503-0900

a. Fee for service $

d. Registered California process server
(1) Employee or independent contractor
(2) Registration No.: 52-61
(3) County : Los Angeles

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: December 3, 2007

_____
(John Aldana # 52-61)

Rule 982(a)(23) Judicial Council of California

PROOF OF SERVICE