LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

ATTORNEYS AT LAW

ERIC B. FASTIFF
PARTNER

EMBARCADERO CENTER WEST
275 BATTERY STREET, 30TH FLOOR
SAN FRANCISCO, CALIFORNIA  94111-3339
TELEPHONE: (415) 956-1000
FACSIMILE: (415) 956-1008
mail@lchb.com
www.lchb.com

NEW YORK
NASHVILLE

December 10, 2007

**VIA HAND DELIVERY**

The Honorable Claudia Wilken
United States District Judge
Northern District of California
1301 Clay Street, #400 South
Oakland, CA  94602-5212

Re:     *Meijer, Inc. v. Abbott Laboratories,*
          Case No. C 07-5985 CW
        *Rochester Drug Co-Operative, Inc. v. Abbott Laboratories,*
          Case No. C 07-6010 CW
        *Louisiana Wholesale Drug Company, Inc. v. Abbott Laboratories,*
          Case No. C 07-6118 JCS

Your Honor:

          Please find enclosed a courtesy copy of Plaintiffs' Case Management Statement,
the original which was electronically filed today.

          Respectfully,

          Eric B. Fastiff

EBF:wp

Enclosure

cc:     Samuel Park, Counsel for Defendant, Abbott Laboratories
        *(via email)*