Nicole M. Norris (SBN 222785)
James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA  94111-5894
Telephone:     415-591-1000
Facsimile:      415-591-1400
Email:  nnorris@winston.com; jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE ABBOTT LABS NORVIR ANTITRUST LITIGATION | **Case No. C-04-1511 CW**<br><br>*Related to case numbers*:<br><br>**C-04-4203 CW;**<br>**C-07-5470 CW;**<br>**C-07-5702 CW;**<br>**C-07-5985 CW**<br>**C-07-6010 CW**<br>**C-07-6118 CW**<br>**C-07-6120 CW**<br><br>**NOTICE OF CHANGE IN COUNSEL ON BEHALF OF ABBOTT LABORATORIES**<br><br>**The Honorable Judge Wilken** |

1  TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that the following attorneys are no longer acting as counsel of

3  record for Defendant Abbott Laboratories:

4      1.    Gail Susan Greenwood

5      2.    Thomas C. Mavrakakis

6      3.    Michael Adam Sweet

7  Copies of all pleading papers and notices should be served as follows:

| Nicole M. Norris | James F. Hurst |
|---|---|
| WINSTON & STRAWN LLP | WINSTON & STRAWN LLP |
| 101 California Street, Suite 3900 | 35 West Wacker Drive |
| San Francisco, CA 94111-5894 | Chicago, IL 60601-9703 |
| Telephone: 415-591-1000 | Telephone: 312-558-5600 |
| Facsimile: 415-591-1400 | Facsimile: 312-558-5700 |
| Email: nnorris@winston.com | Email: jhurst@winston.com |

Dated: December 13, 2007        WINSTON & STRAWN LLP

By:    /s/ Nicole M. Norris
       Nicole M. Norris