**EXHIBIT A**

**ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND**

**BY STIPULATED PROTECTIVE ORDER**

I, _____ [name],of _____ [company, full address], declare under penalty of perjury that I have read in its entirety and understand the Stipulated Protective Order that was issued by the United States District Court for the Northern District of California on _____[date] in the cases of *Rochester Drug Co-Operative, Inc. v. Abbott Laboratories*, Case No. 07-6010.  I agree to comply with and to be bound by all the terms of this Stipulated Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subjection to this Stipulated Protective Order to any person or entity except in strict compliance with the provisions of this Order.

I further agree to be subject to the jurisdiction of the United States District Court for the Northern District of California for the purpose of enforcing the terms of this Stipulated  Protective Order, even if such enforcement proceedings occur after termination of this action.

I hereby appoint _____[Name] of _____[address and telephone number] as my California agent for service of process in connection with this action or any proceedings related to enforcement of this Stipulated Protective Order.

Printed Name: _____

Date:_____

16

Stipulated Protective Order, No. C 07-6010-CW

SF:191745.1

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA 94111**