Joseph R. Saveri (State Bar No. 130064)
jsaveri@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorney for Individual and Representative Plaintiff
Rochester Drug Co-Operative, Inc.*



FILED
DEC 1 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(Oakland Division)

| | |
|---|---|
| IN RE ABBOTT LABORATORIES NORVIR ANTITRUST LITIGATION | Case No. CV-04-1511-CW |
| This document relates to:<br>ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br>Plaintiff,<br>v.<br>ABBOTT LABORATORIES,<br>Defendant.<br>Case No. CV-07-6010-CW | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>The Honorable Claudia Wilken |

      Pursuant to Civil L.R. 11-3, John D. Radice, an active member in good standing of the bars of New York and New Jersey, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Rochester Drug Co-operative, Inc. in the above-entitled action.

      In support of this application, I certify on oath that:

      1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Joseph R. Saveri

Lieff, Cabraser, Heimann & Bernstein, LLP

275 Battery Street, 30th Floor, San Francisco, CA 94111

(415) 956-1000

I declare under penalty of perjury of the laws of the United States that the foregoing in true and correct.

Dated: December 4, 2007

_____
John D. Radice