Joseph R. Saveri (State Bar No. 130064)
jsaveri@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorney for Individual and Representative Plaintiff
Rochester Drug Co-Operative, Inc.*


FILED
DEC 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(Oakland Division)

| | |
|---|---|
| IN RE ABBOTT LABORATORIES NORVIR ANTITRUST LITIGATION | Case No. CV-04-1511-CW |
| This document relates to:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant.<br><br>Case No. CV-07-6010-CW | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>The Honorable Claudia Wilken |

Pursuant to Civil L.R. 11-3, Eric L. Cramer, an active member in good standing of the bars of Pennsylvania and New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Rochester Drug Co-operative, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Joseph R. Saveri, Esq.

Lieff, Cabraser, Heimann & Bernstein, LLP

275 Battery Street, 30th Floor, San Francisco, CA 94111

(415) 956-1000

I declare under penalty of perjury of the laws of the United States that the foregoing in true and correct.

Dated: December 15, 2007

_____
Eric L. Cramer