Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorney for Individual and Representative Plaintiff Rochester Drug Co-Operative, Inc.*

RECEIVED
DEC 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
DEC 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(Oakland Division)

| | |
|---|---|
| IN RE ABBOTT LABORATORIES NORVIR ANTITRUST LITIGATION | Case No. ~~CV-04-1511-CW~~ |
| This document relates to:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant.<br><br>Case No. CV-07-6010-CW | **[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>The Honorable Claudia Wilken |

John D. Radice, an active member in good standing of the bars of New York and New Jersey, whose business address and telephone number is Berger & Montague, P.C., 1622 Locust Street, Philadelphia, PA 19103, Telephone: (800) 424-6690, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Rochester Drug Co-operative, Inc.

///

///

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: December 20, 2007

The Honorable Claudia Wilken
United States District Judge