Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
Eric B. Fastiff (State Bar No. 182260)
*efastiff@lchb.com*
Brendan Glackin (State Bar No. 199643)
*bglackin@lchb.com*
LIEFF, CABRASER, HEIMANN
  & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Attorneys for Individual and Representative Plaintiff*
*Rochester Drug Co-Operative, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| IN RE ABBOTT LABORATORIES NORVIR ANTITRUST LITIGATION | No. C 04-01511-CW |
| This Document Relates to: | Case No. CV-07-6010-CW |
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>                    Defendant. | **NOTICE OF APPEARANCE**<br><br>The Honorable Claudia Wilken |

PLEASE TAKE NOTICE that attorney Brendan Glackin of the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, located at 275 Battery Street, 30th Floor, San Francisco, California 94111 hereby appears as additional attorney of record, together with the other attorneys of record, on behalf of Individual and Representative Rochester Drug Co-Operative, Inc., in *Rochester Drug Co-Operative, Inc. v. Abbott Laboratories,* Case No. CV-07-6010-CW.

1 | Brendan Glackin respectfully requests that copies of all papers in the above-captioned action be served upon him.

Dated: January 24, 2008

Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: _____/s/ Eric B. Fastiff_____
         Eric B. Fastiff

Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Individual and Representative Plaintiff Rochester Drug Co-Operative, Inc.*