1  Joseph R. Saveri (State Bar No. 130064)
   *jsaveri@lchb.com*
2  Eric B. Fastiff (State Bar No. 182260)
   *efastiff@lchb.com*
3  Brendan Glackin (State Bar No. 199643)
   *bglackin@lchb.com*
4  LIEFF, CABRASER, HEIMANN
     & BERNSTEIN, LLP
5  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
6  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
7
   *Attorneys for Individual and Representative Plaintiff*
8  *Rochester Drug Co-Operative, Inc.*

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          (OAKLAND DIVISION)
12

13
| IN RE ABBOTT LABORATORIES NORVIR ANTITRUST LITIGATION | No. C 04-01511-CW |
|---|---|
| This Document Relates to: | Case No. CV-07-6010-CW |
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated, | **NOTICE OF APPEARANCE** |
| Plaintiff, | The Honorable Claudia Wilken |
| v. | |
| ABBOTT LABORATORIES, | |
| Defendant. | |

        PLEASE TAKE NOTICE that attorney Brendan Glackin of the law firm of Lieff,

Cabraser, Heimann & Bernstein, LLP, located at 275 Battery Street, 30th Floor, San Francisco,

California 94111 hereby appears as additional attorney of record, together with the other

attorneys of record, on behalf of Individual and Representative Rochester Drug Co-Operative,

Inc., in *Rochester Drug Co-Operative, Inc. v. Abbott Laboratories,* Case No. CV-07-6010-CW.

1 | Brendan Glackin respectfully requests that copies of all papers in the above-captioned action be served upon him.

Dated: January 24, 2008　　　　　　　　Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: _____/s/ Eric B. Fastiff_____
　　　　　Eric B. Fastiff

Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Attorneys for Individual and Representative Plaintiff Rochester Drug Co-Operative, Inc.*

---

746315.1　　　　　　　　　　-2-　　　　　　　　　　NOTICE OF APPEARANCE
CASE NOS. 04-01511-CW; CV-07-6010-CW