Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone:  415-591-1000
Facsimile:   415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:  312-558-5600
Facsimile:   312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Charles B. Klein (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20007
Telephone:  202-282-5000
Facsimile:   202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>     vs.<br><br>ABBOTT LABORATORIES,<br><br>            Defendant.<br><br>[caption continues next page] | **No. C 07-5985 CW**<br><br>*Related Per November 30, 2007 Order to Case No. C 04-1511 CW*<br><br>**[PROPOSED] ORDER GRANTING ABBOTT LABORATORIES' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT PURSUANT TO 12(b)(6)**<br><br>Date:         March 6, 2008<br>Time:         2:00 p.m.<br>Courtroom:  2 (4th Floor)<br>Judge:        Hon. Claudia Wilken |

**Winston & Strawn LLP**
**35 W. Wacker Drive**
**Chicago, IL 60601-9703**

| | | |
|---|---|---|
| 1 | RODCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated, ) ) ) | **No. C 07-6010 CW** |
| 2 | | *Related Per December 3, 2007 Order to Case No. C 04-1511 CW* |
| 3 | Plaintiffs, ) ) | |
| 4 | vs. ) ) | **[PROPOSED] ORDER GRANTING ABBOTT LABORATORIES' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT PURSUANT TO 12(b)(6)** |
| 5 | ABBOTT LABORATORIES, ) ) | |
| 6 | Defendant. ) ) | |
| 7 | | Date:        March 6, 2008<br>Time:       2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge:      Hon. Claudia Wilken |

(Table representation — original is a caption block with ")" column separators.)

---

1  RODCHESTER DRUG CO-OPERATIVE,                )   **No. C 07-6010 CW**
   INC., on behalf of itself and all others similarly )
2  situated,                                     )   *Related Per December 3, 2007 Order to*
                                                 )   *Case No. C 04-1511 CW*
3                 Plaintiffs,                    )
                                                 )   **[PROPOSED] ORDER GRANTING**
4         vs.                                    )   **ABBOTT LABORATORIES' MOTION**
                                                 )   **TO DISMISS PLAINTIFFS'**
5  ABBOTT LABORATORIES,                          )   **CONSOLIDATED AMENDED**
                                                 )   **COMPLAINT PURSUANT TO 12(b)(6)**
6                 Defendant.                     )
                                                 )   Date:        March 6, 2008
7                                                )   Time:        2:00 p.m.
                                                 )   Courtroom: 2 (4th Floor)
8                                                )   Judge:       Hon. Claudia Wilken
                                                 )
9                                                )
   LOUISIANA WHOLESALE DRUG                      )   **No. C 07-6118 CW**
10 COMPANY, INC., on behalf of itself and all    )
   others similarly situated,                    )   *Related Per December 10, 2007 Order to*
11                                               )   *Case No. C 04-1511 CW*
                  Plaintiffs,                    )
12                                               )   **[PROPOSED] ORDER GRANTING**
          vs.                                    )   **ABBOTT LABORATORIES' MOTION**
13                                               )   **TO DISMISS PLAINTIFFS'**
   ABBOTT LABORATORIES,                          )   **CONSOLIDATED AMENDED**
14                                               )   **COMPLAINT PURSUANT TO 12(b)(6)**
                  Defendant.                     )
15                                               )   Date:        March 6, 2008
                                                 )   Time:        2:00 p.m.
16                                               )   Courtroom: 2 (4th Floor)
                                                 )   Judge:       Hon. Claudia Wilken
17                                               )

Defendant, Abbott Laboratories' Motion to Dismiss Plaintiffs' Consolidated Amended Complaint came on for hearing before this Court on March 6, 2008. The parties were represented by counsel at the hearing. After considering all the papers filed regarding this motion, and after all counsel had an opportunity to be heard, the Court rules as follows:

IT IS HEREBY ORDERED:

1. Abbott Laboratories' Motion To Dismiss is GRANTED without leave to amend, and judgment is hereby entered in favor of Abbott Laboratories on each and every claim of the Plaintiffs' complaints.

Dated: _____

HONORABLE CLAUDIA WILKEN
United States District Court

Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703