1 | Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
2 | 101 California Street, Suite 3900
San Francisco, CA 94111-5894
3 | Telephone:   415-591-1000
Facsimile:   415-591-1400
4 | Email: nnorris@winston.com

5 | James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
6 | Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
7 | 35 W. Wacker Drive
Chicago, IL 60601-9703
8 | Telephone:   312-558-5600
Facsimile:   312-558-5700
9 | Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com

10 |

11 | Charles B. Klein (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
12 | 1700 K Street, N.W.
Washington, D.C. 20007
13 | Telephone:   202-282-5000
Facsimile:   202-282-5100
Email: cklein@winston.com

14 |

15 | Attorneys for Defendant
ABBOTT LABORATORIES

**Winston & Strawn LLP**
**35 W. Wacker Drive**
**Chicago, IL 60601-9703**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>   vs.<br><br>ABBOTT LABORATORIES,<br><br>   Defendant.<br><br>[caption continues next page] | **No. C 07-5985 CW**<br><br>*Related Per November 30, 2007 Order to Case No. C 04-1511 CW*<br><br>**DECLARATION OF NICOLE M. NORRIS IN SUPPORT OF ABBOTT LABORATORIES TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT PURSUANT TO 12(b)(6)**<br><br>Date:   March 6, 2008<br>Time:   2:00 p.m.<br>Courtroom:   2 (4th Floor) |

---

DECLARATION OF NICOLE M. NORRIS IN SUPPORT OF ABBOTT'S MOTION
TO DISMISS PLAINTIFFS' CONSOL. AMENDED COMPL. PURSUANT TO RULE 12(b)(6)
CASE NOS. C 07-5985 CW, C 07-6010 CW, C 07-6118 CW

Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

| | |
|---|---|
| RODCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | Judge:   Hon. Claudia Wilken<br><br>**No. C 07-6010 CW**<br><br>*Related Per December 3, 2007 Order to Case No. C 04-1511 CW*<br><br>**DECLARATION OF NICOLE M. NORRIS IN SUPPORT OF ABBOTT LABORATORIES TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT PURSUANT TO 12(b)(6)**<br><br>Date:   March 6, 2008<br>Time:   2:00 p.m.<br>Courtroom:  2 (4th Floor)<br>Judge:   Hon. Claudia Wilken |
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | **No. C 07-6118 CW**<br><br>*Related Per December 10, 2007 Order to Case No. C 04-1511 CW*<br><br>**DECLARATION OF NICOLE M. NORRIS IN SUPPORT OF ABBOTT LABORATORIES TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT PURSUANT TO 12(b)(6)**<br><br>Date:   March 6, 2008<br>Time:   2:00 p.m.<br>Courtroom:  2 (4th Floor)<br>Judge:   Hon. Claudia Wilken |

I, Nicole M. Norris, declare:

1. I am an attorney at law admitted to practice in this Court for this matter. I am an associate with the law firm of Winston & Strawn LLP, counsel of record for Abbott Laboratories ("Abbott"), and am authorized to make this Declaration in that capacity.

2. Attached hereto as Exhibit A is a true and correct copy of the June 2004 letter issued by the U.S. Department of Health & Human Services to Abbott Laboratories.

3. Attached hereto as Exhibit B is a true and correct copy of Abbott Laboratories' United States Patent No. 5,541,206 entitled *Retroviral Protease Inhibiting Compounds*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in San Francisco, California, this 31st day of January, 2008.

/s/ Nicole M. Norris
Nicole M. Norris

**Winston & Strawn LLP**
35 W. Wacker Drive
Chicago, IL 60601-9703

---

1
DECLARATION OF NICOLE M. NORRIS IN SUPPORT OF ABBOTT'S MOTION
TO DISMISS PLAINTIFFS' CONSOL. AMENDED COMPL. PURSUANT TO RULE 12(b)(6)
CASE NOS. C 07-5985 CW, C 07-6010 CW, C 07-6118 CW