| | |
|---|---|
| 1 | Joseph R. Saveri (State Bar No. 130064) |
| | *jsaveri@lchb.com* |
| 2 | Eric B. Fastiff (State Bar No. 182260) |
| | *efastiff@lchb.com* |
| 3 | Brendan Glackin (State Bar No. 199643) |
| | *bglackin@lchb.com* |
| 4 | LIEFF, CABRASER, HEIMANN |
| | & BERNSTEIN, LLP |
| 5 | 275 Battery Street, 30th Floor |
| | San Francisco, CA  94111-3339 |
| 6 | Telephone:  (415) 956-1000 |
| | Facsimile:  (415) 956-1008 |
| 7 | |
| 8 | *Attorneys for Individual and Representative Plaintiff Rochester Drug Co-Operative, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated, | Case No. C 07-5985 CW |
| Plaintiffs, | **MANUAL FILING NOTIFICATION** |
| v. | |
| ABBOTT LABORATORIES, | |
| Defendant. | |
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated, | Case No. C 07-6010 CW |
| Plaintiff, | **MANUAL FILING NOTIFICATION** |
| v. | |
| ABBOTT LABORATORIES, | |
| Defendant. | |
| --[*caption continues next page*]-- | |

749051.1 -1- *EX PARTE* APPLICATION
CASE NOS. 04-01511-CW; CV-07-6010-CW

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>             Plaintiff,<br><br>      v.<br><br>ABBOTT LABORATORIES,<br><br>             Defendant. | Case No. C 07-6118 CW<br><br>**MANUAL FILING NOTIFICATION** |

**MANUAL FILING NOTIFICATION**

Regarding: <u>Direct Purchaser Class Plaintiffs' Opposition to Defendant's Motion to Dismiss</u>

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____
    _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____
    _____

749051.1                                          -2-                          *EX PARTE* APPLICATION
                                                                CASE NOS. 04-01511-CW; CV-07-6010-CW

| | | |
|---|---|---|
| 1 | Dated: February 14, 2008 | Respectfully submitted, |
| 2 | | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 4 | | By: /s/ Brendan Glackin |

Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Attorneys for Individual and Representative Plaintiff Rochester Drug Co-Operative, Inc.*

749051.1                    -3-                    *EX PARTE* APPLICATION
CASE NOS. 04-01511-CW; CV-07-6010-CW