Joseph R. Saveri (State Bar No. 130064)
jsaveri@lchb.com
Eric B. Fastiff (State Bar No. 182260)
efastiff@lchb.com
Brendan Glackin (State Bar No. 199643)
bglackin@lchb.com
LIEFF, CABRASER, HEIMANN
  & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Attorneys for Individual and Representative Plaintiff
Rochester Drug Co-Operative, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>            Defendant. | Case No. C 07-5985 CW<br><br>***EX PARTE* APPLICATION TO FILE DOCUMENT UNDER SEAL** |
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>            Defendant. | Case No. C 07-6010 CW<br><br>***EX PARTE* APPLICATION TO FILE DOCUMENT UNDER SEAL** |
| --[*caption continues next page*]-- | |

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>         Plaintiff,<br><br>    v.<br><br>ABBOTT LABORATORIES,<br><br>         Defendant. | Case No. C 07-6118 CW<br><br>**EX PARTE APPLICATION TO FILE DOCUMENT UNDER SEAL** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Direct Purchaser Class Plaintiffs, by and through their counsel, respectfully ask the Court, on an *ex parte* basis, for an order permitting them to file under seal Direct Purchaser Class Plaintiffs Opposition  (the "Opposition") to Defendant's Motion to Dismiss. Plaintiffs request that the Opposition be filed under seal pursuant to Local Rule 79-5(d) because it refers to documents that defendant Abbott Laboratories has designated "confidential" pursuant to the protective order in this case.  Plaintiffs have lodged with the court the Opposition and a redacted copy of the Opposition in accordance with Local Rule 79-5(d).

Dated: February 14, 2008            Respectfully submitted,

                                    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP


                                    By:          /s/Brendan Glackin


                                    Joseph R. Saveri (State Bar No. 130064)
                                    Eric B. Fastiff (State Bar No. 182260)
                                    Brendan Glackin (State Bar No. 199643)
                                    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
                                    275 Battery Street, 30th Floor
                                    San Francisco, CA  94111-3339
                                    Telephone:  (415) 956-1000
                                    Facsimile:  (415) 956-1008

                                    *Attorneys for Individual and Representative Plaintiff Rochester Drug Co-Operative, Inc.*