IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re | No. C 04-01511 CW |
| ABBOTT LABORATORIES ANTITRUST LITIGATION | |
| ———————————————— | |
| SAFEWAY, INC., et al. | No. C 07-05470 CW |
| v. | |
| ABBOT LABORATORIES | |
| ———————————————— | |
| SMITHKLINE BEECHAM CORPORATION, | No. C 07-05702 CW |
| v. | |
| ABBOTT LABORATORIES | |
| ———————————————— | |
| MEIJER INC., et al., | No. C 07-05985 CW |
| v. | |
| ABBOTT LABORATORIES | |
| ———————————————— | |
| ROCHESTER DRUG CO-OPERATIVE, INC., | No. C 07-06010 CW |
| v. | |
| ABBOTT LABORATORIES | |
| ———————————————— | |
| LOUISIANA WHOLESALE DRUG CO., INC. | No. C 07-06118 CW |
| v. | |
| ABBOTT LABORATORIES | |
| ———————————————— | |
| RITE AIDE CORP., et al., | No. C 07-06120 CW |
| v. | |
| ABBOTT LABORATORIES | CLERK'S NOTICE RE DOCUMENT FILING |
| ————————————————/ | |

     It has come to the Court's attention that counsel in the above-captioned related cases have been incorrectly e-filing documents in these related cases.  The above-captioned cases have been deemed related; therefore, if counsel is filing a document that applies to **all** of the related cases, then the document must be e-filed in **all** of the cases and the caption shall include all the names and case numbers of the cases.  If counsel is filing a document that applies only to **certain** cases, then the document is only e-filed in those **particular** cases and shall be captioned with only those particular case names and numbers.  If a document applies to **one** case then the document is only filed in the **one** case and shall be captioned with only that case name and number.  In addition, it is only necessary to provide **one courtesy copy** to chambers of a document even though it may have been filed in more than one case.

DATED: 2/25/08

                                                                                    *Sheilah Cahill*
                                                       SHEILAH CAHILL
                                                       Deputy Clerk

**United States District Court**
For the Northern District of California

2