LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Joseph R. Saveri (State Bar No. 130064)
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008
Email: jsaveri@lchb.com

*Local Counsel for Rochester Drug Cooperative, Inc.*

IRELL & MANELLA LLP
Alexander Frank Wiles (CA 73596)
Brian Hennigan (CA 86955)
Stephanie Kaufman (CA 162644)
Trevor Stockinger (CA 226359)
1800 Avenue of the Stars #900
Los Angeles, CA 90067
Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199
Email: awiles@irell.com; bhennigan@irell.com
skaufman@irell.com; tstockinger@irell.com

*Counsel for SmithKline Beecham Corporation, d/b/a GlaxoSmithKline*

[Additional Attorneys and Plaintiffs on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAFEWAY INC.,; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; and HEB GROCERY COMPANY, LP,<br><br>Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant.<br><br>[caption continues next page] | Case No. C 07-5470 (CW)<br><br>*Related per October 31, 2007 Order to Case No. C-04-1511 (CW)*<br><br>**DECLARATION OF STEPHANIE KAUFMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Date:         March 6, 2008<br>Time:        2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge:       Hon. Claudia Wilken |

| | | |
|---|---|---|
| 1 | SMITHKLINE BEECHAM CORPORATION d/b/a/ GLAXOSMITHKLINE, | Case No. C 07-5702 (CW) |
| 2 | | *Related per November 19, 2007 Order to Case No. C-04-1511 (CW)* |
| 3 | Plaintiff, | |
| 4 | vs. | **DECLARATION OF STEPHANIE KAUFMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5** |
| 5 | ABBOTT LABORATORIES, | |
| 6 | Defendant. | |
| 7 | | |
| 8 | | Date: March 6, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge: Hon. Claudia Wilken |
| 9 | | |
| 10 | | |
| 11 | MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated, | Case No. C 07-5985 (CW) |
| 12 | | *Related per November 30, 2007 Order to Case No. C-04-1511 (CW)* |
| 13 | Plaintiffs, | |
| 14 | vs. | **DECLARATION OF STEPHANIE KAUFMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5** |
| 15 | ABBOTT LABORATORIES, | |
| 16 | Defendant. | |
| 17 | | Date: March 6, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge: Hon. Claudia Wilken |
| 18 | | |
| 19 | | |
| 20 | ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated, | Case No. C 07-6010 (CW) |
| 21 | | *Related per December 3, 2007 Order to Case No. C-04-1511 (CW)* |
| 22 | Plaintiff, | |
| 23 | vs. | **DECLARATION OF STEPHANIE KAUFMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5** |
| 24 | ABBOTT LABORATORIES, | |
| 25 | Defendant. | |
| 26 | | Date: March 6, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge: Hon. Claudia Wilken |
| 27 | | |
| 28 | [caption continues next page] | |

| | | |
|---|---|---|
| 1 | LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated, | ) Case No. C 07-6118 (CW) |
| 2 | | ) |
| 3 | Plaintiff, | ) *Related per December 10, 2007 Order to Case No. C-04-1511 (CW)* |
| 4 | vs. | ) **DECLARATION OF STEPHANIE KAUFMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5** |
| 5 | ABBOTT LABORATORIES, | ) |
| 6 | Defendant. | ) |
| 7 | | ) Date:       March 6, 2008<br>Time:       2:00 p.m.<br>Courtroom:  2 (4th Floor)<br>Judge:      Hon. Claudia Wilken |
| 10 | RITE AID CORPORATION; RITE AID HDQTRS, CORP,; JCG (PJC) USA, LLC; MAXI DRUG, INC. d/b/a BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; and CAREMARK, L.L.C., | ) Case No. C07-6120 (CW)<br><br>*Related per December 5, 2007 Order to Case No. C-04-1511 (CW)*<br><br>**DECLARATION OF STEPHANIE KAUFMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5** |
| 13 | Plaintiff, | ) |
| 14 | vs. | ) |
| 15 | ABBOTT LABORATORIES, | ) |
| 16 | Defendant. | ) Date:       March 6, 2008<br>Time:       2:00 p.m.<br>Courtroom:  2 (4th Floor)<br>Judge:      Hon. Claudia Wilken |

1821454

I, Stephanie Kaufman, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel for Plaintiff SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK") in the GSK v. Abbott matter. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached as Exhibit 1 to Plaintiffs' Request for Judicial Notice in Support of Their Opposition to Abbott's Omnibus Motion to Dismiss and GlaxoSmithKline's Opposition to Defendant's Motion to Dismiss Complaint is excerpts of the Rebuttal Expert Report of Joel W. Hay, Ph.D., submitted in the related case, *In re Abbott Laboratories Norvir Antitrust Litigation*, Case No. C-04-1511 CW. This Report has been designated "Highly Confidential" by Defendant. Exhibit 1 has been omitted from the public filing.

3. Plaintiffs' Opposition to Abbott's Omnibus Motion to Dismiss refers to and quotes from Exhibit 1 to Plaintiffs' Request for Judicial Notice in Support of Their Opposition to Abbott's Omnibus Motion to Dismiss and GlaxoSmithKline's Opposition to Defendant's Motion to Dismiss Complaint. The sealable portions of this document have been redacted from the public version of this filing, and an unredacted version of this document has been lodged with the Court. In the unredacted version, the sealable portions are identified by shaded highlighting, pursuant to Civil Local Rule 79-5(c)(3)-(4).

Executed in Los Angeles, California, this 14th day of February, 2008.

_____
Stephanie Kaufman

**Additional Counsel**

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Joseph R. Saveri (State Bar No. 130064)
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: jsaveri@lchb.com

*Local Counsel for Rochester Drug Cooperative, Inc.*


IRELL & MANELLA LLP
Alexander Frank Wiles (CA 73596)
Brian Hennigan (CA 86955)
Stephanie Kaufman (CA 162644)
Trevor Stockinger (CA 226359)
1800 Avenue of the Stars #900
Los Angeles, CA 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: awiles@irell.com; bhennigan@irell.com
skaufman@irell.com; tstockinger@irell.com

*Counsel for SmithKlineBeecham Corp. d/b/a GlaxoSmithKline.*


DILLINGHAM & MURPHY, LLP
William Francis Murphy
Email: wfm@dillinghammurphy.com
Barbara Lynne Harris Chiang
Email: bhc@dillinghammurphy.com
Edward Eldon Hartley
Email: eeh@dillinghammurphy.com
225 Bush Street, Sixth Floor
San Francisco, CA 94104-4207
Telephone: (415) 397-2700
Facsimile: (415) 397-3300

*Local Counsel for Safeway Inc., et al., and Rite Aid Corp., et al.*

| | |
|---|---|
| 1 | BERGER & MONTAGUE, P.C. |
| | Eric L. Cramer, Pro Hac Vice |
| 2 | Email: ecramer@bm.net |
| | Daniel Berger |
| 3 | Email: danberger@bm.net |
| | David F. Sorensen |
| 4 | Email: dsorensen@bm.net |
| | 1622 Locust Street |
| 5 | Philadelphia, PA 19103 |
| | Telephone: (215) 875-3000 |
| 6 | Facsimile: (215) 875-4604 |
| 7 | *Lead Counsel for Rochester Drug Cooperative, Inc.* |
| 8 | |
| 9 | GARWIN GERSTEIN & FISHER, LLP |
| | Bruce E. Gerstein, Pro Hac Vice |
| 10 | Email: bgerstein@garwingerstein.com |
| | Noah H. Silverman, Pro Hac Vice |
| 11 | Email: nsilverman@garwingerstein.com |
| | 1501 Broadway, Suite 1416 |
| 12 | New York, New York 10036 |
| | Telephone: (212) 398-0055 |
| 13 | Facsimile: (212) 764-6620 |
| 14 | *Lead Counsel for Louisiana Wholesale Drug Co., Inc.* |
| 15 | |
| 16 | SPIEGEL LIAO & KAGAY, LLP |
| | Charles M. Kagay (State Bar No. 73377) |
| 17 | Email: cmk@slksf.com |
| | Wayne M. Liao (State Bar No. 66591) |
| 18 | Email: wml@slksf.com |
| | 388 Market Street, Suite 900 |
| 19 | San Francisco, California 94111 |
| | Telephone: (415) 956-5959 |
| 20 | Facsimile: (415) 962-1431 |
| 21 | *Local Counsel for Plaintiff Louisiana Wholesale Drug, Co. Inc.* |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

```
 1                                 KAPLAN FOX & KILSHEIMER LLP
 2                                 Laurence D. King (SBN 206423)
                                   Email: lking@kaplanfox.com
 3                                 Linda M. Fong (SBN 124232)
                                   Email: lfong@kaplanfox.com
 4                                 350 Sansome Street, Suite 400
                                   San Francisco, CA 94104
 5                                 Telephone: (415) 772-4700
                                   Facsimile: (415) 772-4707
 6
 7                                 Robert N. Kaplan, Pro Hac Vice
                                   Email: rkaplan@kaplanfox.com
 8                                 Linda P. Nussbaum, Pro Hac Vice
                                   Email: lnussbaum@kaplanfox.com
 9                                 850 Third Avenue, 14th Floor
                                   New York, NY 10022
10                                 Telephone: (212) 687-1980
                                   Facsimile: (212) 687-7714
11
                                   Lead Counsel for Meijer, Inc. and Meijer
12                                 Distribution, Inc.
13
14
                                   Additional Counsel for Plaintiffs (Client Not
15                                 Specified):
16
                                   ODOM & DES ROCHES, LLP
17                                 John Gregory Odom, Pro Hac Vice
                                   Email: greg@odrlaw.com
18                                 Stuart E. Des Roches, Pro Hac Vice
                                   Email: stuart@odrlaw.com
19                                 John Alden Meade, Pro Hac Vice
                                   Email: jmeade@odrlaw.com.
20                                 Suite 2020, Poydras Center
                                   650 Poydras Street
21                                 New Orleans, LA 70130
                                   Telephone: (504) 522-0077
22                                 Facsimile: (504) 522-0078
23
                                   PERCY SMITH & FOOTE, LLP
24                                 David P. Smith, Pro Hac Vice
                                   Email: dpsmith@psfllp.com
25                                 W. Ross Foote, Pro Hac Vice
                                   Email: rfoote@psfllp.com
26                                 720 Murray Street
                                   P.O. Box 1632
27                                 Alexandria, LA 71309
                                   Telephone: (318) 445-4480
28                                 Facsimile: (318) 487-1741
```

KAUFMAN DECL. IN SUPPORT OF PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL

1821454

|    |                                                     |
|----|-----------------------------------------------------|
| 1  | KOZYAK TROPIN & THROCKMORTON                        |
| 2  | Tucker Ronzetti, Pro Hac Vice                       |
|    | Email: tr@kttlaw.com                                |
|    | Adam Moskowitz, Pro Hac Vice                        |
| 3  | Email: amm@kttlaw.com                               |
|    | 2800 Wachovia Financial Center                      |
| 4  | 200 South Biscayne Boulevard                        |
|    | Miami, Florida 33131-2335                           |
| 5  | Telephone: (305) 372-1800                           |
|    | Telecopier: (305) 372-3508                          |
| 6  |                                                     |
| 7  | AUBERTINE DRAPER ROSE, LLP                          |
|    | Andrew E. Aubertine, Pro Hac Vice                   |
| 8  | Email: aa@adr-portland.com                          |
|    | 1211 SW Sixth Avenue                                |
| 9  | Portland, Oregon 97204                              |
|    | Telephone: (503) 221-4570                           |
| 10 | Facsimile: (503) 221-4590                           |
| 11 |                                                     |
|    | LAW OFFICES OF JOSHUA P. DAVIS                      |
| 12 | Joshua P. Davis (State Bar No. 193254)              |
|    | Email: davisj@usfca.edu                             |
| 13 | 437A Valley Street                                  |
|    | San Francisco, CA 94131                             |
| 14 | Telephone: (415) 422-6223                           |
| 15 |                                                     |
|    | VANEK, VICKERS & MASINI, P.C.                       |
| 16 | Joseph M. Vanek, Pro Hac Vice                       |
|    | Email: jvanek@vaneklaw.com                          |
| 17 | David P. Germaine, Pro Hac Vice                     |
|    | Email: dgermaine@vaneklaw.com                       |
| 18 | 111 South Wacker Drive, Suite 4050                  |
|    | Chicago, IL 60606                                   |
| 19 | Telephone: (312) 224-1500                           |
|    | Facsimile: (312) 224-1510                           |
| 20 |                                                     |
| 21 | SPERLING & SLATER                                   |
|    | Paul E. Slater, Pro Hac Vice                        |
| 22 | Email: pes@sperling-law.com                         |
|    | 55 West Monroe Street, Suite 3200                   |
| 23 | Chicago, Illinois 60603                             |
|    | Telephone: (312) 641-3200                           |
| 24 | Facsimile: (312) 641-6492                           |
| 25 |                                                     |
| 26 |                                                     |
| 27 |                                                     |
| 28 |                                                     |

KAUFMAN DECL. IN SUPPORT OF PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL

1821454

```
 1   KENNY NACHWALTER, PA
     Lauren C. Ravkind
 2   Scott Eliot Perwin
     Email: sperwin@kennynachwalter.com
 3   201 S. Biscayne Blvd.
     1100 Miami Center
 4   Miami, Florida 33131
     Telephone: (512) 480-802
 5

 6   ARNOLD & PORTER
     Kenneth A. Letzler, Pro Hac Vice
 7   Email: Kenneth_Letzler@aporter.com
     555 Twelfth Street, NW
 8   Washington, DC 20004-1206
     Telephone: (202) 942-5000
 9   Facsimile: (202) 942-5999

10   HANGLEY ARONCHICK SEGAL & PUDLIN
     Steve D. Shadowen
11   Email: sshadowen@hangley.com
     Monica L. Rebuck
12   Email: mrebuck@hangley.com
     30 North Third Street, Suite 700
13   Harrisburg, PA 17101-1701
     Telephone:  (717) 364-1007
14   Facsimile: (717) 362-1020

15

16

17

18

19

20

21

22

23

24

25

26

27

28
```

- 9 -

KAUFMAN DECL. IN SUPPORT OF PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL

1821454