# EXHIBIT 1

1  Joseph R. Saveri (State Bar No. 130064)
   *jsaveri@lchb.com*
2  Eric B. Fastiff (State Bar No. 182260)
   *efastiff@lchb.com*
3  Brendan Glackin (State Bar No. 199643)
   *bglackin@lchb.com*
4  LIEFF, CABRASER, HEIMANN
      & BERNSTEIN, LLP
5  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
6  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008

*Attorneys for Individual and Representative Plaintiff
Rochester Drug Co-Operative, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-5985 CW<br><br>**MANUAL FILING NOTIFICATION** |
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-6010 CW<br><br>**MANUAL FILING NOTIFICATION** |
| --[*caption continues next page*]-- | |

750933.1

-1-

MANUAL FILING NOTIFICATION
CASE NOS. C07-5985(CW); C07-6010(CW); C07-6118(CW)

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | Case No. C 07-6118 CW<br><br>**MANUAL FILING NOTIFICATION** |

**MANUAL FILING NOTIFICATION**

Regarding:  Exhibit 1 to Plaintiffs' Request For Judicial Notice In Support Of Their Opposition To Abbott's Omnibus Motion To Dismiss And GlaxoSmithKline's Opposition To Defendant's Motion To Dismiss Complaint

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____
   _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____
   _____

750933.1    -2-    MANUAL FILING NOTIFICATION
CASE NOS. C07-5985(CW); C07-6010(CW); C07-6118(CW)

Dated: February 26, 2008

Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: /s/ Joseph Saveri

Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Attorneys for Individual and Representative Plaintiff Rochester Drug Co-Operative, Inc.*