Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: 312-558-5600
Facsimile: 312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Charles B. Klein (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K. Street, N.W.
Washington, D.C. 20006
Telephone: 202-282-5000
Facsimile: 202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE ABBOTT LABS NORVIR ANTITRUST LITIGATION | Case Nos.<br><br>**C-07-5470 CW**<br>**C-07-5702 CW**<br>**C-07-5985 CW**<br>**C-07-6010 CW**<br>**C-07-6118 CW**<br>**C-07-6120 CW**<br><br>**NOTICE OF APPEARANCE FOR CHARLES B. KLEIN ON BEHALF OF ABBOTT LABORATORIES**<br><br>**The Honorable Judge Wilken** |

WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894

NOTICE OF APPEARANCE FOR C. KLEIN ON BEHALF OF ABBOTT LABORATORIES
Case Nos. C-07-5470 CW, C-07-5702 CW, C-07-5985 CW, C-07-6010 CW, C-07-6118 CW, C-07-6120 CW
CHI:2052454.1

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Charles B. Klein hereby enters his appearance as counsel of record for Defendant Abbott Laboratories. Mr. Klein is admitted *pro hac vice* in related case nos.: C-04-1511 CW and C-04-4203 CW.

Copies of all pleading papers and notices should be served as follows:

| | |
|---|---|
| Nicole M. Norris<br>WINSTON & STRAWN LLP<br>101 California Street, Suite 3900<br>San Francisco, CA 94111-5894<br>Telephone:   415-591-1000<br>Facsimile:   415-591-1400<br>Email:   nnorris@winston.com | Charles B. Klein<br>WINSTON & STRAWN LLP<br>1700 K. Street, N.W.<br>Washington, D.C. 20006<br>Telephone:   202-282-5000<br>Facsimile:   202-282-5100<br>Email:   cklein@winston.com |

Dated: February 27, 2008                    WINSTON & STRAWN LLP

                                                              By:      /s/ Charles B. Klein
                                                                           Charles B. Klein

---

1

NOTICE OF APPEARANCE FOR C. KLEIN ON BEHALF OF ABBOTT LABORATORIES
Case Nos. C-07-5470 CW, C-07-5702 CW, C-07-5985 CW, C-07-6010 CW, C-07-6118 CW, C-07-6120 CW

CHI:2052454.1

**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111-5894