1  Joseph R. Saveri (SBN 130064)
   *jsaveri@lchb.com*
2  Eric B. Fastiff (SBN 182260)
   *efastiff@lchb.com*
3  Brendan Glackin (SBN 199643)
   *bglackin@lchb.com*
4  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   Embarcadero Center West
5  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
6  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
7
   *Attorneys for Individual and Representative Plaintiff*
8  *Rochester Drug Co-Operative, Inc.*

9  Charles M. Kagay (SBN 073377)
   *cmk@slksf.com*
10 SPIEGEL, LIAO & KAGAY
   388 Market Street, Suite 900
11 San Francisco, CA 94111
   Telephone:  (415) 956-5959
12 Facsimile:  (415) 362-1431

13 *Attorneys for Individual and Representative Plaintiff*
   *Louisiana Wholesale Drug Company, Inc.*
14
   [Additional Attorneys and Plaintiffs listed on Signature
15 Page]

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                        (OAKLAND DIVISION)

19

20
   MEIJER, INC. & MEIJER              Case No. C 07-5985 CW
21 DISTRIBUTION, INC., on behalf of
   themselves and all others similarly   **PLAINTIFFS' STIPULATED MOTION**
22 situated,                          **AND [PROPOSED] ORDER TO CHANGE**
                                      **CLASS CERTIFICATION HEARING AND**
23                Plaintiffs,         **BRIEFING DATES**

24 v.                                 **Hon. Claudia Wilken**

25 ABBOTT LABORATORIES,

26                Defendant.

27
   --[*caption continues next page*]--
28

1

2   ROCHESTER DRUG CO-          Case No. C 07-6010 CW
    OPERATIVE, INC., on behalf of itself
3   and all others similarly situated,   **Hon. Claudia Wilken**

4               Plaintiff,

5        v.

6   ABBOTT LABORATORIES,

7               Defendant.

8   LOUISIANA WHOLESALE DRUG     Case No. C 07-6118 CW
    COMPANY, INC., on behalf of itself
9   and all others similarly situated,   **Hon. Claudia Wilken**

10              Plaintiff,

11       v.

12  ABBOTT LABORATORIES,

13              Defendant.

14

15

16       **PLAINTIFFS' STIPULATED MOTION AND [PROPOSED] ORDER
         TO CHANGE CLASS CERTIFICATION HEARING AND BRIEFING DATES**
17

18       Plaintiffs and Defendant (the "Parties") in the above-captioned direct purchaser class

19  cases hereby stipulate to, and respectfully seek, a change of the dates of the class certification

20  hearing and briefing established by the December 12, 2007 Case Management Order.

21       The Parties seek to delay class certification briefing schedule by just over one month.

22  Under the new class certification schedule: (1) Plaintiffs' opening motion and brief would be due

23  May 5, 2008; (2) Defendant's response would be due June 16, 2008; (3) Plaintiffs' reply would

24  be due July 14, 2008; and (4) oral argument would be scheduled for Thursday, August 7, 2008, at

25  2:00 p.m.

26       None of these changes affects the intervals between briefs, nor does the proposal alter the

27  interval between the close of briefing and the proposed hearing date. Additionally, the parties

28  agree that no other dates in the Court's schedule for these cases would need to change. The

753402.1                    - 1 -        STIP. MO. AND PROP. ORDER  TO CHANGE
                                         CLASS CERT. HEARING AND BRIEFING DATES
                                         CASE NOS. C 07-5985 CW; C 07-6010 CW; C 07-6118 CW

1    Parties have confirmed that the Court is available on Thursday, August 7, 2008, at 2:00 p.m., for

2    the class certification hearing.

3        <u>SO STIPULATED</u>:

4    Dated: March 13, 2008

5    WINSTON & STRAWN LLP                          LIEFF, CABRASER, HEIMANN &
                                                    BERNSTEIN, LLP
6

7    By:___<u>/s/ Nicole M. Norris</u>_____    By:___<u>/s/ Joseph R. Saveri</u>_____
         Nicole M. Norris                              Joseph R. Saveri
8

9    Nicole M. Norris                               Joseph R. Saveri
     *nnorris@winston.com*                          *jsaveri@lchb.com*
                                                    Eric B. Fastiff
10   James F. Hurst                                 *efastiff@lchb.com*
     *jhurst@winston.com*                           Embarcadero Center West
11   David J. Doyle                                 275 Battery Street, 30th Floor
     *ddoyle@winston.com*                           San Francisco, CA 94111-3339
12   Samuel S. Park                                 Telephone:    (415) 956-1000
     *spark@winston.com*                            Facsimile:    (415) 956-1008
13   101 California Street
     San Francisco, California 94111-5802           *Attorneys for Individual and Representative*
14   Telephone:    (415) 591-1000                   *Plaintiff*
     Facsimile:    (415) 591-1400                   *Rochester Drug Co-Operative, Inc.*
15

16   *Attorneys for Defendant Abbott Laboratories*

17                                                  SPIEGEL, LIAO & KAGAY
                                                    Charles M. Kagay (State Bar No. 73377)
18                                                  *cmk@slksf.com*
                                                    Wayne M. Liao (State Bar No. 66591)
19                                                  *wml@slksf.com*
                                                    388 Market Street, Suite 900
20                                                  San Francisco, California 94111
                                                    Telephone:    (415) 956-5959
21                                                  Facsimile:    (415) 962-1431

22                                                  *Attorneys for Individual and Representative*
                                                    *Plaintiff Louisiana Wholesale Drug Company,*
23                                                  *Inc.*

24

25

26

27

28

753402.1

STIP. MO. AND PROP. ORDER TO CHANGE
CLASS CERT. HEARING AND BRIEFING DATES
CASE NOS. C 07-5985 CW; C 07-6010 CW; C 07-6118 CW

1    KAPLAN FOX & KILSHEIMER LLP
     Laurence D. King (SBN 206423)
2    *lking@kaplanfox.com*
     Linda M. Fong (SBN 124232)
3    *lfong@kaplanfox.com*
     350 Sansome Street, Suite 400
4    San Francisco, CA 94104
     Telephone:    (415) 772-4700
5    Facsimile:    (415) 772-4707

6    Robert N. Kaplan (*Pro Hac Vice*)
     *rkaplan@kaplanfox.com*
7    Linda P. Nussbaum (*Pro Hac Vice*)
     *lnussbaum@kaplanfox.com*
8    John D. Radice (*Pro Hac Vice*)
     *jradice@kaplanfox.com*
9    850 Third Avenue, 14th Floor
     New York, NY 10022
10   Telephone:    (212) 687-1980
     Facsimile:    (212) 687-7714
11
     *Lead Counsel for Meijer, Inc. and Meijer*
12   *Distribution, Inc.*

13
     BERGER & MONTAGUE, P.C.
14   Daniel Berger
     *danberger@bm.net*
15   Eric L. Cramer (*Pro Hac Vice*)
     *ecramer@bm.net*
16   David F. Sorensen
     *dsorensen@bm.net*
17   1622 Locust Street
     Philadelphia, PA 19103
18   Telephone:    (215) 875-3000
     Facsimile:    (215) 875-4604
19
     *Lead Counsel for Rochester Drug Cooperative,*
20   *Inc.*

21
     GARWIN GERSTEIN & FISHER, LLP
22   Bruce E. Gerstein (*Pro Hac Vice*)
     *bgerstein@garwingerstein.com*
23   Noah H. Silverman (*Pro Hac Vice*)
     *nsilverman@garwingerstein.com*
24   1501 Broadway, Suite 1416
     New York, New York 10036
25   Telephone:    (212) 398-0055
     Facsimile:    (212) 764-6620
26
     *Lead Counsel for Louisiana Wholesale Drug*
27   *Co., Inc.*

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ODOM & DES ROCHES, LLP
John Gregory Odom (*Pro Hac Vice*)
*dodom@odrlaw.com*
Stuart E. Des Roches (*Pro Hac Vice*)
*stuart@odrlaw.com*
John Alden Meade (*Pro Hac Vice*)
*jmeade@odrlaw.com*
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130
Telephone:    (504) 522-0077
Facsimile:    (504) 522-0078

PERCY SMITH & FOOTE, LLP
David P. Smith (*Pro Hac Vice*)
*dpsmith@psfllp.com*
W. Ross Foote (*Pro Hac Vice*)
*rfoote@psfllp.com*
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309
Telephone:    (318) 445-4480
Facsimile:    (318) 487-1741

KOZYAK TROPIN & THROCKMORTON
Tucker Ronzetti (*Pro Hac Vice*)
*tr@kttlaw.com*
Adam Moskowitz (*Pro Hac Vice*)
*amm@kttlaw.com*
2800 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2335
Telephone:    (305) 372-1800
Facsimile:    (305) 372-3508

AUBERTINE DRAPER ROSE, LLP
Andrew E. Aubertine (*Pro Hac Vice*)
*aa@adr-portland.com*
1211 SW Sixth Avenue
Portland, Oregon 97204
Telephone:    (503) 221-4570
Facsimile:    (503) 221-4590

LAW OFFICES OF JOSHUA P. DAVIS
Joshua P. Davis (State Bar No. 193254)
*davisj@usfca.edu*
437A Valley Street
San Francisco, CA 94131
Telephone:    (415) 422-6223

753402.1

- 4 -

STIP. MO. AND PROP. ORDER TO CHANGE
CLASS CERT. HEARING AND BRIEFING DATES
CASE NOS. C 07-5985 CW; C 07-6010 CW; C 07-6118 CW

1

2

3

4

5

6

7

8

9

10

VANEK, VICKERS & MASINI, P.C.
Joseph M. Vanek (*Pro Hac Vice*)
*jvanek@vaneklaw.com*
David P. Germaine (*Pro Hac Vice*)
*dgermaine@vaneklaw.com*
111 South Wacker Drive, Suite 4050
Chicago, IL 60606
Telephone:     (312) 224-1500
Facsimile:     (312) 224-1510

SPERLING & SLATER
Paul E. Slater (*Pro Hac Vice*)
*pes@sperling-law.com*
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone:     (312) 641-3200
Facsimile:     (312) 641-6492

*Additional Plaintiffs' Counsel*

11

12

13

14

It is <u>SO ORDERED</u>.

15    DATED: _____

16

_____
HONORABLE CLAUDIA WILKEN

17

18

19

20

21

22

23

24

25

26

27

28