Joseph R. Saveri (SBN 130064)
*jsaveri@lchb.com*
Eric B. Fastiff (SBN 182260)
*efastiff@lchb.com*
Brendan Glackin (SBN 199643)
*bglackin@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Individual and Representative Plaintiff*
*Rochester Drug Co-Operative, Inc.*

Charles M. Kagay (SBN 073377)
*cmk@slksf.com*
SPIEGEL, LIAO & KAGAY
388 Market Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 956-5959
Facsimile: (415) 362-1431

*Attorneys for Individual and Representative Plaintiff*
*Louisiana Wholesale Drug Company, Inc.*

[Additional Attorneys and Plaintiffs listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>         Defendant.<br><br>--[*caption continues next page*]-- | Case No. C 07-5985 CW<br><br>**PLAINTIFFS' REVISED STIPULATED MOTION AND ORDER TO CHANGE CLASS CERTIFICATION HEARING AND BRIEFING DATES AS MODIFIED**<br><br>**Hon. Claudia Wilken** |

756214.1

STIP. MO. AND PROP. ORDER TO CHANGE
CLASS CERT. HEARING AND BRIEFING DATES
CASE NOS. C 07-5985 CW; C 07-6010 CW; C 07-6118 CW

| | |
|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>ABBOTT LABORATORIES,<br><br>          Defendant. | Case No. C 07-6010 CW<br><br>**Hon. Claudia Wilken** |
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>ABBOTT LABORATORIES,<br><br>          Defendant. | Case No. C 07-6118 CW<br><br>**Hon. Claudia Wilken** |

**PLAINTIFFS' REVISED STIPULATED MOTION AND ORDER
TO CHANGE CLASS CERTIFICATION HEARING AND BRIEFING DATES AS MODIFIED**

Plaintiffs and Defendant (the "Parties") in the above-captioned direct purchaser class cases hereby stipulate to, and respectfully seek, a change of the dates of the class certification hearing and briefing established by the December 12, 2007 Case Management Order.

The Parties seek to delay the class certification briefing schedule by just over one month. Under the new class certification schedule: (1) Plaintiffs' opening motion and brief would be due May 5, 2008; (2) Defendant's response would be due June 16, 2008; (3) Plaintiffs' reply would be due July 14, 2008; and (4) oral argument would be scheduled for Thursday, August 7, 2008, at 2:00 p.m.

None of these changes affects the intervals between briefs, nor does the proposal alter the interval between the close of briefing and the proposed hearing date. Additionally, the parties

1  agree that no other dates in the Court's schedule for these cases, or for any of the related Norvir
2  antitrust actions, would need to change.  The Parties have confirmed that the Court is available on
3  Thursday, August 7, 2008, at 2:00 p.m., for the class certification hearing.
4       In view of the fact that no change proposed by this stipulation (which is limited to the
5  scheduling of the class certification motion only) would in any way affect the schedules of their
6  separate, albeit related, cases, plaintiffs GlaxoSmithKline (Case No. C 07-5702 CW), Safeway
7  Stores, *et al*. (Case No. C 07-5470 CW), and Rite-Aid Corporation, *et al.* (C -07-6120 CW) in the
8  related Norvir antitrust actions also stipulate to this motion.
9       SO STIPULATED:

10  Dated: March 31st, 2008

11  WINSTON & STRAWN LLP              LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

12  By: __/s/ Nicole M. Norris_____
     Nicole M. Norris

13                                           By:____/s/ Joseph R. Saveri_____
                                             Joseph R. Saveri

14  Nicole M. Norris (SBN 222785)
*nnorris@winston.com*
15  James F. Hurst
*jhurst@winston.com*
16  David J. Doyle
*ddoyle@winston.com*
17  Samuel S. Park
*spark@winston.com*
18  101 California Street, Suite 3900
San Francisco, CA 94111-5802
19  Telephone: (415) 591-1000
Facsimile: (415) 591-1400

                                 Joseph R. Saveri
                                 *jsaveri@lchb.com*
                                 Eric B. Fastiff
                                 *efastiff@lchb.com*
                                 Brendan Glackin
                                 *bglackin@lchb.com*
                                 Embarcadero Center West
                                 275 Battery Street, 30th Floor
                                 San Francisco, CA 94111-3339
                                 Telephone:    (415) 956-1000
                                 Facsimile:     (415) 956-1008

20

21  *Attorneys for Defendant Abbott Laboratories*   *Attorneys for Individual and Representative Plaintiff*
*Rochester Drug Co-Operative, Inc.*

22

23

24

25

26

27

28

| | |
|---|---|
| IRELL & MANELLA, LLP<br><br>By:  _____/s/ Alex Wiles_____<br>     Alexander Frank Wiles<br><br>Alexander Frank Wiles<br>*awiles@irell.com*<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br><br>*Attorneys for Plaintiff Smithkline Beecham Corporation d/b/a GlaxoSmithKline* | SPIEGEL, LIAO & KAGAY<br>Charles M. Kagay (State Bar No. 73377)<br>*cmk@slksf.com*<br>Wayne M. Liao (State Bar No. 66591)<br>*wml@slksf.com*<br>388 Market Street, Suite 900<br>San Francisco, California 94111<br>Telephone:    (415) 956-5959<br>Facsimile:     (415) 962-1431<br><br>*Attorneys for Individual and Representative Plaintiff Louisiana Wholesale Drug Company, Inc.* |

| | | |
|---|---|---|
| 1 | HANGLEY ARONCHICK SEGAL & PUDLIN | KAPLAN FOX & KILSHEIMER LLP |

HANGLEY ARONCHICK SEGAL & PUDLIN

By: ___/s/ Steve Shadowen_____
    Steve D. Shadowen

Steve D. Shadowen
*sshadowen@hangley.com*
30 North Third Street, Suite 700
Harrisburg, PA 17101-1701
Telephone: (717) 364-1007
Facsimile: (717) 362-1020

*Attorneys for Plaintiffs Rite Aid Corporation, Rite Aid HDQTRS, Corp., JCG (PJC) USA, LLC, Maxi Drug, Inc. d/b/a/ Brooks Pharmacy, Eckerd Corporation, CVS Pharmacy, Inc., and Caremark, L.L.C.*


KENNY NACHWALTER, PA

By: ___/s/ Scott Perwin_____
    Scott Eliot Perwin

Scott Eliot Perwin
*sperwin@kennynachwalter.com*
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861

*Attorneys for Plaintiffs Safeway Inc., Walgreen Co., The Kroger Co., New Albertson's, Inc., American Sales Company, Inc., and HEB Grocery Company, LP.*

KAPLAN FOX & KILSHEIMER LLP
Laurence D. King (SBN 206423)
*lking@kaplanfox.com*
Linda M. Fong (SBN 124232)
*lfong@kaplanfox.com*
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:   (415) 772-4700
Facsimile:   (415) 772-4707

Robert N. Kaplan (*Pro Hac Vice*)
*rkaplan@kaplanfox.com*
Linda P. Nussbaum (*Pro Hac Vice*)
*lnussbaum@kaplanfox.com*
John D. Radice (*Pro Hac Vice*)
*jradice@kaplanfox.com*
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone:   (212) 687-1980
Facsimile:   (212) 687-7714

*Lead Counsel for Meijer, Inc. and Meijer Distribution, Inc.*

| | |
|---|---|
| 1 | BERGER & MONTAGUE, P.C. |
| | Daniel Berger |
| 2 | *danberger@bm.net* |
| | Eric L. Cramer (*Pro Hac Vice*) |
| 3 | *ecramer@bm.net* |
| | David F. Sorensen |
| 4 | *dsorensen@bm.net* |
| | 1622 Locust Street |
| 5 | Philadelphia, PA 19103 |
| | Telephone:   (215) 875-3000 |
| 6 | Facsimile:     (215) 875-4604 |
| 7 | *Lead Counsel for Rochester Drug Cooperative, Inc.* |
| 8 | |
| 9 | GARWIN GERSTEIN & FISHER, LLP |
| | Bruce E. Gerstein (*Pro Hac Vice*) |
| 10 | *bgerstein@garwingerstein.com* |
| | Noah H. Silverman (*Pro Hac Vice*) |
| 11 | *nsilverman@garwingerstein.com* |
| | 1501 Broadway, Suite 1416 |
| 12 | New York, New York 10036 |
| | Telephone:   (212) 398-0055 |
| 13 | Facsimile:     (212) 764-6620 |
| 14 | *Lead Counsel for Louisiana Wholesale Drug Co., Inc.* |
| 15 | |
| 16 | ODOM & DES ROCHES, LLP |
| | John Gregory Odom (*Pro Hac Vice*) |
| 17 | *dodom@odrlaw.com* |
| | Stuart E. Des Roches (*Pro Hac Vice*) |
| 18 | *stuart@odrlaw.com* |
| | John Alden Meade (*Pro Hac Vice*) |
| 19 | *jmeade@odrlaw.com* |
| | Suite 2020, Poydras Center |
| 20 | 650 Poydras Street |
| | New Orleans, LA 70130 |
| 21 | Telephone:   (504) 522-0077 |
| | Facsimile:     (504) 522-0078 |
| 22 | PERCY SMITH & FOOTE, LLP |
| | David P. Smith (*Pro Hac Vice*) |
| 23 | *dpsmith@psfllp.com* |
| | W. Ross Foote (*Pro Hac Vice*) |
| 24 | *rfoote@psfllp.com* |
| | 720 Murray Street |
| 25 | P.O. Box 1632 |
| | Alexandria, LA 71309 |
| 26 | Telephone:   (318) 445-4480 |
| | Facsimile:     (318) 487-1741 |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | KOZYAK TROPIN & THROCKMORTON |
|  | Tucker Ronzetti (*Pro Hac Vice*) |
| 2 | *tr@kttlaw.com* |
|  | Adam Moskowitz (*Pro Hac Vice*) |
| 3 | *amm@kttlaw.com* |
|  | 2800 Wachovia Financial Center |
| 4 | 200 South Biscayne Boulevard |
|  | Miami, Florida 33131-2335 |
| 5 | Telephone:   (305) 372-1800 |
|  | Facsimile:    (305) 372-3508 |

AUBERTINE DRAPER ROSE, LLP
Andrew E. Aubertine (*Pro Hac Vice*)
*aa@adr-portland.com*
1211 SW Sixth Avenue
Portland, Oregon 97204
Telephone:   (503) 221-4570
Facsimile:    (503) 221-4590

LAW OFFICES OF JOSHUA P. DAVIS
Joshua P. Davis (State Bar No. 193254)
*davisj@usfca.edu*
437A Valley Street
San Francisco, CA 94131
Telephone:   (415) 422-6223

VANEK, VICKERS & MASINI, P.C.
Joseph M. Vanek (*Pro Hac Vice*)
*jvanek@vaneklaw.com*
David P. Germaine (*Pro Hac Vice*)
*dgermaine@vaneklaw.com*
111 South Wacker Drive, Suite 4050
Chicago, IL 60606
Telephone:   (312) 224-1500
Facsimile:    (312) 224-1510

SPERLING & SLATER
Paul E. Slater (*Pro Hac Vice*)
*pes@sperling-law.com*
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone:   (312) 641-3200
Facsimile:    (312) 641-6492

*Additional Plaintiffs' Counsel*

**CERTIFICATION OF ACCEPTABILITY**

I, Joseph Saveri, attest that the content of this document is acceptable to all persons required to sign it, including Nicole Norris, counsel for defendant Abbott Laboratories; Alex Wiles, counsel for plaintiff Smithkline Beecham Corporation; Steve Shadowen, counsel for plaintiffs Rite Aid Corporation *et al*.; and Scott Perwin, counsel for Plaintiffs Safeway Inc. *et al*.

By: */s/ Joseph R. Saveri*
Joseph R. Saveri

**Based on the stipulation of counsel in the above-captioned cases as well as all 3 related cases, the briefing and hearing dates in all 6 cases is continued as requested.**

It is SO ORDERED.

DATED: 4/4/08

HONORABLE CLAUDIA WILKEN