1  Joseph R. Saveri (SBN 130064)
   *jsaveri@lchb.com*
2  Eric B. Fastiff (SBN 182260)
   *efastiff@lchb.com*
3  Brendan Glackin (SBN 199643)
   *bglackin@lchb.com*
4  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   Embarcadero Center West
5  275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339
6  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
7
   *Attorneys for Individual and Representative Plaintiff*
8  *Rochester Drug Co-Operative, Inc.*

9  Charles M. Kagay (SBN 073377)
   *cmk@slksf.com*
10 SPIEGEL, LIAO & KAGAY
   388 Market Street, Suite 900
11 San Francisco, CA 94111
   Telephone: (415) 956-5959
12 Facsimile: (415) 362-1431

13 *Attorneys for Individual and Representative Plaintiff*
   *Louisiana Wholesale Drug Company, Inc.*
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                          (OAKLAND DIVISION)

18

| | |
|---|---|
| 19  MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. <br><br> --[*caption continues next page*]-- | Case No. C 07-5985 CW <br><br> **APPENDIX OF UNPUBLISHED AUTHORITY IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION** <br><br> Date: August 7, 2008 <br> Time: 2:00 p.m. <br> Place: Courtroom 2, 4th Floor <br> Judge: Hon. Claudia Wilken |

| | |
|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>ABBOTT LABORATORIES,<br><br>                    Defendant. | Case No. C 07-6010 CW<br><br>**Hon. Claudia Wilken** |
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>ABBOTT LABORATORIES,<br><br>                    Defendant. | Case No. C 07-6118 CW<br><br>**Hon. Claudia Wilken** |

761203.1

- 1 -

APPENDIX OF UNPUBLISHED AUTHORITY
CASE NOS. C 07-5985 CW; C 07-6010 CW; C 07-6118 CW

# **APPENDIX**

| | |
|---|---|
| Tab A | *In re K-Dur Antitrust Litig.*, No. 01-1652, "Special Master's Report and Recommendation on the Direct Purchaser Plaintiffs' Motion for Class Certification" (D.N.J. April 14, 2008). |
| Tab B | *Louisiana Wholesale Drug Co., Inc. v. Sanofi-Aventis*, No. 07-7343, "Order Granting Class Certification" (S.D.N.Y. April 8, 2008). |
| Tab C | *In re Wellbutrin SR Direct Purchaser Antitrust Litig.*, No. 04-5525, "Memorandum and Order" (E.D. Pa. May 2, 2008) |