1   Joseph R. Saveri (SBN 130064)
    *jsaveri@lchb.com*
2   Eric B. Fastiff (SBN 182260)
    *efastiff@lchb.com*
3   Brendan Glackin (SBN 199643)
    *bglackin@lchb.com*
4   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
    Embarcadero Center West
5   275 Battery Street, 30th Floor
    San Francisco, CA  94111-3339
6   Telephone:  (415) 956-1000
    Facsimile:  (415) 956-1008
7
    *Attorneys for Individual and Representative Plaintiff*
8   *Rochester Drug Co-Operative, Inc.*

9   Charles M. Kagay (SBN 073377)
    *cmk@slksf.com*
10  SPIEGEL, LIAO & KAGAY
    388 Market Street, Suite 900
11  San Francisco, CA 94111
    Telephone:  (415) 956-5959
12  Facsimile:  (415) 362-1431

13  *Attorneys for Individual and Representative Plaintiff*
    *Louisiana Wholesale Drug Company, Inc.*
14

15                    UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17                        (OAKLAND DIVISION)

18

| | |
|---|---|
| 19  MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of | Case No. C 07-5985 CW |
| 20  themselves and all others similarly situated, | **PROOF OF SERVICE VIA ELECTRONIC MAIL (EMAIL)** |
| 21                    Plaintiffs, | Date:    August 7, 2008 |
| 22  v. | Time:    2:00 p.m. |
| | Place:   Courtroom 2, 4th Floor |
| 23  ABBOTT LABORATORIES, | Judge:   Hon. Claudia Wilken |
| 24                    Defendant. | |
| 25 | |
| 26  --[*caption continues next page*]-- | |

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated, | Case No. C 07-6010 CW |
| Plaintiff, | **Hon. Claudia Wilken** |
| v. | |
| ABBOTT LABORATORIES, | |
| Defendant. | |
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated, | Case No. C 07-6118 CW |
| Plaintiff, | **Hon. Claudia Wilken** |
| v. | |
| ABBOTT LABORATORIES, | |
| Defendant. | |

1    I, the undersigned, declare:

2    I am a citizen of the United States and employed in San Francisco County,

3  California.  I am over the age of eighteen years and not a party to the within-entitled action.  My

4  business address is Embarcadero Center West, 275 Battery Street, 30th Floor, San Francisco,

5  California  94111-3339.  On May 5, 2008, I served copies of documents entitled:

6      **1.  CLASS CERTIFICATION DECLARATION OF HAL SINGER, PH.D.;**
7

8      **2.  DIRECT PURCHASER CLASS PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION;**

9  ☒    by electronic mail (e-mail) to the following parties at the e-mail address listed:

10
       Nicole M. Norris
11     WINSTON & STRAWN, LLP
       101 California Street, Suite 3900
12     San Francisco, CA 94111-5894
       nnorris@winston.com
13

14    I declare under penalty of perjury under the laws of the State of California that the

15  above is true and correct.  Executed this May 5, 2008.

16
                            ___/s/ *Brendan Glackin*_____
17                                Brendan Glackin

18

19

20

21

22

23

24

25

26

27

28