Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: 312-558-5600
Facsimile: 312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Charles B. Klein (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20007
Telephone: 202-282-5000
Facsimile: 202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>      Defendant.<br><br>[caption continues next page] | **Case No. C 07-5985 CW**<br><br>*Related by Order to:*<br><br>*Case No. C 04-1511 CW*<br><br>**STIPULATED BRIEFING SCHEDULE AND [PROPOSED] ORDER FOR DEFENDANT'S MOTION TO COMPEL DISCOVERY**<br><br>The Honorable Judge Wilken |

| | |
|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated, | **Case No. C 07-6010 CW** |
| Plaintiffs, | *Related by Order to:* |
| vs. | *Case No. C 04-1511 CW* |
| ABBOTT LABORATORIES, | **STIPULATED BRIEFING SCHEDULE AND [PROPOSED] ORDER FOR DEFENDANT'S MOTION TO COMPEL DISCOVERY** |
| Defendant. | |
| | The Honorable Judge Wilken |
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated, | **Case No. C 07-6118 CW** |
| Plaintiffs, | *Related by Order to:* |
| vs. | *Case No. C 04-1511 CW* |
| ABBOTT LABORATORIES, | **STIPULATED BRIEFING SCHEDULE AND [PROPOSED] ORDER FOR DEFENDANT'S MOTION TO COMPEL DISCOVERY** |
| Defendant. | |
| | The Honorable Judge Wilken |

WHEREAS Meijer, Inc., Meijer Distribution, Inc., Rochester Drug Co-operative, Inc., and Louisiana Wholesale Drug Company, Inc. ("Plaintiffs") filed a Motion for Class Certification, Docket No. 62, with this Court on May 5, 2008;

WHEREAS under the current briefing schedule Abbott Laboratories ("Abbott") is required to file an opposition brief to the Motion for Class Certification on June 16, 2008, in which Abbott will argue, among other things, that a fundamental conflict exists within the putative class of direct purchasers of Norvir and/or Kaletra such that class certification should be denied under Rule 23(a);

WHEREAS the parties disagree about whether Abbott is entitled to "downstream" discovery—*i.e.*, discovery regarding prices charged by direct purchasers to their customers for the pharmaceutical products at issue—to support its contention that a fundamental conflict exists among the putative class members;

WHEREAS the Plaintiffs deny that any conflict exists between the named class members and some unidentified absent class members, let alone a "fundamental conflict," and further deny that the

discovery sought by Abbott could in any way bear on such unexplained conflict;

WHEREAS the parties have met and conferred on several occasions in an unsuccessful effort to resolve this disagreement;

WHEREAS on Monday, May 12, 2008, Abbott will move this Court for an order compelling Plaintiffs to comply with its requests to produce certain "downstream" discovery in time for Abbott's response to the Motion for Class Certification;

WHEREAS Plaintiffs dispute that Abbott needs this discovery to respond to Plaintiffs' Motion for Class Certification, but are nevertheless agreeing to this schedule;

WHEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs and for Abbott that the parties will abide by the following briefing schedule:

1. Abbott's motion to compel production of documents and an interrogatory response will be filed on May 12, 2008;

2. Plaintiff's opposition to Abbott's Motion to Compel will be filed by May 23, 2008;

3. Abbott's reply will be filed by May 30, 2008;

The parties respectfully request a telephonic hearing on the Motion to Compel on June 5, 2008, at 2 p.m., or at a date and time of the Court's earliest convenience following the completion of briefing on the Motion.

Dated: May 12, 2008                                         Respectfully submitted,

By: /s/ Charles B. Klein *for*  
Daniel Berger  
Eric L. Cramer, *Pro Hac Vice*  
BERGER & MONTAGUE, P.C.  
1622 Locust Street  
Philadelphia, PA 19103  
Telephone: (215) 875-3000  
Facsimile: (215) 875-4604  
Email: danberger@bm.net  

*Counsel for Plaintiff*

By: /s/ Charles B. Klein  
Charles B. Klein, *Pro Hac Vice*  
WINSTON & STRAWN LLP  
1700 K Street, NW  
Washington, DC 20006  
Telephone Number: (202) 282-5000  
Facsimile Number: (202) 282-5100  
Email: cklein@winston.com  

*Attorney for Defendant*  
*Abbott Laboratories*

Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

*Rochester Drug Cooperative, Inc.*

| | | | |
|---|---|---|---|
| By: | /s/ Charles B. Klein *for* <br> Bruce E. Gerstein, *Pro Hac Vice* <br> Noah H. Silverman, *Pro Hac Vice* <br> GARWIN GERSTEIN & FISHER, LLP <br> 1501 Broadway, Suite 1416 <br> New York, NY  10036 <br> Telephone: (212) 398-0055 <br> Facsimile: (212) 764-6620 <br> Email: bgerstein@garwingerstein.com <br><br> *Counsel for Plaintiff Louisiana* <br> *Wholesale Drug Co., Inc.* | By: | /s/ Charles B. Klein *for* <br> Linda P. Nussbaum, *Pro Hac Vice* <br> John D. Radice, *Pro Hac Vice* <br> KAPLAN FOX & KILSHEIMER, LLP <br> 850 Third Avenue, 14th Floor <br> New York, NY 10022 <br> Telephone: (212) 687-1980 <br> Facsimile: (212) 687-7714 <br> Email: lnussbaum@kaplanfox.com <br><br> *Counsel for Plaintiffs Meijer, Inc. and* <br> *Meijer Distribution, Inc.* |

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED**

Dated: _____

By: _____
   The Honorable Claudia Wilken
   United States District Court
   Northern District of California

Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

Stipulated Briefing Schedule and [Proposed] Order
for Defendant's Motion to Compel Discovery
Page 4 of 5

**GENERAL ORDER 45 ATTESTATION**

I, Charles B. Klein, am the ECF User whose ID and password was used to file this Stipulated Briefing Schedule and [Proposed] Order for Defendant's Motion to Compel Discovery. In compliance with General Order 45, X.B., I hereby attest that Daniel Simons, Eric Cramer, John Radice, Andrew Aubertine, David Raphael, and David Germaine, counsel for Plaintiffs, concurred in this filing.

Dated: May 12, 2008

> By:  /s/ Charles B. Klein
> Charles B. Klein
> WINSTON & STRAWN LLP
> Counsel for Defendant

Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703