Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:    312-558-5600
Facsimile:    312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Charles B. Klein (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20007
Telephone:    202-282-5000
Facsimile:    202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>    vs.<br><br>ABBOTT LABORATORIES,<br><br>            Defendant.<br><br>[caption continues next page] | **Case No. C 07-5985 CW**<br><br>*Related by Order to:*<br><br>*Case No. C 04-1511 CW*<br><br>**DECLARATION OF CHARLES B. KLEIN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL**<br><br>The Honorable Judge Wilken |

| | | |
|---|---|---|
| 1 | ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated, | **Case No. C 07-6010 CW** |
| 2 | | *Related by Order to:* |
| 3 | Plaintiffs, | *Case No. C 04-1511 CW* |
| 4 | vs. | **DECLARATION OF CHARLES B. KLEIN IN SUPPORT OF PLAINTIFFS'** |
| 5 | ABBOTT LABORATORIES, | **ADMINISTRATIVE MOTION TO SEAL** |
| 6 | Defendant. | |
| | | The Honorable Judge Wilken |
| 7 | | |
| | LOUISIANA WHOLESALE DRUG | **Case No. C 07-6118 CW** |
| 8 | COMPANY, INC., on behalf of itself and all others similarly situated, | |
| | | *Related by Order to:* |
| 9 | | |
| | Plaintiffs, | *Case No. C 04-1511 CW* |
| 10 | | |
| | vs. | **DECLARATION OF CHARLES B. KLEIN IN SUPPORT OF PLAINTIFFS'** |
| 11 | | **ADMINISTRATIVE MOTION TO SEAL** |
| | ABBOTT LABORATORIES, | |
| 12 | | |
| | Defendant. | |
| 13 | | **The Honorable Judge Wilken** |
| 14 | | |

Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

CASE NOS. C 07-5985 CW. C 07-6010 CW, C 07-6118 CW
DECLARATION OF CHARLES B. KLEIN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL

I, Charles B. Klein, declare:

1. I am an attorney at law, admitted to practice in this Court for this matter. I am a partner with the law firm of Winston & Strawn LLP, counsel of record for Abbott Laboratories, and I am authorized to make this Declaration in that capacity.

2. I submit this Declaration under Local Rule 79-5 (c) and (d) in support of filing certain portions of Plaintiffs' motion under seal. Plaintiffs submitted their redacted Direct Purchaser Class Plaintiffs' Notice of Motion and Motion for Class Certification. Plaintiffs also submitted under seal their accompanying Class Certification Declaration of Hal Singer, Ph.D.

3. The Direct Purchaser Class Plaintiffs' Notice of Motion and Motion for Class Certification, as redacted by the Plaintiffs, may be filed in the public record. It is my understanding that the portions that have been redacted from the class certification motion reflect, in general, Abbott's pricing practices for its pharmaceutical products that are not shared with the public or widely disseminated even within Abbott. As explained further in the Declaration of Jeffrey J. Devlin at ¶¶ 4-5, Case No. C-04-1511 CW, Docket No. 231, this information is kept in the highest confidence even within Abbott and is not intended to be disseminated to the general public or Abbott's competitors.

4. It is my understanding that the Class Certification Declaration of Hal Singer, Ph.D. ("Singer Declaration") contains significant analysis of Abbott's pricing practices and strategies based on documents and data that Abbott produced under a "Confidential" or "Highly Confidential" designation. In making such designations, Abbott made efforts to limit the scope of its redactions, keeping the redacted information to only confidential and/or proprietary information that is sensitive to Abbott's business and/or ability to compete. The Singer Declaration contains information on Abbott's strategic thinking and views related to pricing, market positioning, market segmentation, internal projections, long-range planning, and sales of its pharmaceutical products that are not shared with the public or widely disseminated even within Abbott.

5. Only selected portions of the Singer Declaration rely on Abbott's confidential documents produced in this case. These portions should be sealed as a result of such reliance. Abbott has identified these portions in a Redacted Class Certification Declaration of Hal Singer,

1  Ph.D. (attached as Ex. A.).  Abbott takes no position on whether the remainder of the Singer
2  Declaration should be sealed pursuant to Local Rule 79-5.
3              6.      It is also my understanding that the sealed information in the class
4  certification motion and Singer Declaration could be confusing, misleading, or incomplete if taken
5  out of context or without the proper background information.  Therefore, some of the information
6  redacted, in addition to being competitively sensitive, could be used to mislead the public and be
7  perceived in a way that was never intended by the author or the deponent.
8              7.      Moreover, the redacted information contained in these documents could be
9  useful to Abbott's competitors who would learn Abbott's strategic thinking, decision-making
10 processes, and the type of information used to make its important decisions.  Accordingly, any
11 disclosure of this information would be harmful to Abbott.
12         I declare under penalty of perjury under the laws of the United States of America that
13 the foregoing is true and correct.
14         Executed in Washington D.C, this 12th day of May, 2008.

                                    /s/ Charles B. Klein
                                    Charles B. Klein
                                    Attorney for Defendant Abbott Laboratories