Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:   312-558-5600
Facsimile:   312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Charles B. Klein (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20007
Telephone:   202-282-5000
Facsimile:   202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>ABBOTT LABORATORIES,<br><br>  Defendant.<br><br>[caption continues next page] | **Case No. C 07-5985 CW**<br><br>*Related by Order to:*<br><br>*Case No. C 04-1511 CW*<br><br>**[PROPOSED] ORDER GRANTING ABBOTT LABORATORIES' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INTERROGATORY RESPONSES** |

WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894

|   |   |
|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ABBOTT LABORATORIES,<br><br>　　　　Defendant. | **Case No. C 07-6010 CW**<br><br>*Related by Order to:*<br><br>*Case No. C 04-1511 CW*<br><br>**[PROPOSED] ORDER GRANTING ABBOTT LABORATORIES' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INTERROGATORY RESPONSES**<br><br>The Honorable Judge Wilken |
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ABBOTT LABORATORIES,<br><br>　　　　Defendant. | **Case No. C 07-6118 CW**<br><br>*Related by Order to:*<br><br>*Case No. C 04-1511 CW*<br><br>**[PROPOSED] ORDER GRANTING ABBOTT LABORATORIES' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INTERROGATORY RESPONSES**<br><br>The Honorable Judge Wilken |

Having reviewed Abbott Laboratories' Motion to Compel Production of Documents and Interrogatory Responses, as well as the Declarations of Charles B. Klein and Joel Hay, Ph.D. in support of the motion, the Court rules as follows:

IT IS HEREBY ORDERED that the motion to compel is granted; and

IT IS FURTHER ORDERED that Plaintiffs must produce to Abbott the following documents and information within 5 days of this order:

(i) a complete answer to Interrogatory No. 3 of Abbott Laboratories' First Set of Interrogatories to Plaintiffs (attached as Ex. B to Declaration of Charles B. Klein); and

(ii) all documents requested in this motion responsive to Document Requests Nos. 17, 24, and 25 of Abbott Laboratories' First Set of Requests for Documents and Things to Plaintiffs (attached as Ex. C to Declaration of Charles B. Klein).

Dated: _____

THE HONORABLE CLAUDIA WILKEN

CASE NOS. C 07-5985, C 07-6010, C 07-6118 –
[PROPOSED] ORDER GRANTING ABBOTT LABORATORIES' MOTION TO
COMPEL PRODUCTION OF DOCUMENTS AND INTERROGATORY RESPONSES