Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone:  415-591-1000
Facsimile:  415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:  312-558-5600
Facsimile:  312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Charles B. Klein (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20007
Telephone:  202-282-5000
Facsimile:  202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant.<br><br>[caption continues next page] | **Case No. C 07-5985 CW**<br><br>*Related by Order to:*<br><br>*Case No. C 04-1511 CW*<br><br>**DECLARATION OF CHARLES B. KLEIN IN SUPPORT OF ABBOTT LABORATORIES' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INTERROGATORY RESPONSES**<br><br>Date:  June 5, 2008<br>Time:  2:00 p.m.<br>Courtroom 2<br><br>The Honorable Judge Wilken |

CASE NOS. C 07-5985 CW. C 07-6010 CW, C 07-6118 CW
DECLARATION OF CHARLES B. KLEIN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL

| | | |
|---|---|---|
| 1 | ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated, ) ) ) | **Case No. C 07-6010 CW** |
| 2 | | |
| | | *Related by Order to:* |
| 3 | Plaintiffs, ) ) | |
| | | *Case No. C 04-1511 CW* |
| 4 | vs. ) ) | **DECLARATION OF CHARLES B. KLEIN IN SUPPORT OF ABBOTT LABORATORIES' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INTERROGATORY RESPONSES** |
| 5 | ABBOTT LABORATORIES, ) ) | |
| 6 | Defendant. ) ) | |
| 7 | ) | |
| 8 | ) ) | Date: June 5, 2008<br>Time: 2:00 p.m.<br>Courtroom 2 |
| 9 | ) ) | |
| | | The Honorable Judge Wilken |
| 10 | ) | |
| | LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated, ) ) ) | **Case No. C 07-6118 CW** |
| 11 | | |
| | | *Related by Order to:* |
| 12 | ) | |
| | Plaintiffs, ) | *Case No. C 04-1511 CW* |
| 13 | ) | |
| | vs. ) ) | **DECLARATION OF CHARLES B. KLEIN IN SUPPORT OF ABBOTT LABORATORIES' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INTERROGATORY RESPONSES** |
| 14 | | |
| | ABBOTT LABORATORIES, ) ) | |
| 15 | Defendant. ) | |
| 16 | | |
| 17 | | Date: June 5, 2008<br>Time: 2:00 p.m.<br>Courtroom 2 |
| 18 | | |
| | | **The Honorable Judge Wilken** |
| 19 | | |

**Winston & Strawn LLP**
35 W. Wacker Drive
Chicago, IL 60601-9703

20
21
22
23
24
25
26
27
28

---

CASE NOS. C 07-5985 CW. C 07-6010 CW, C 07-6118 CW - DECLARATION OF CHARLES B. KLEIN IN SUPPORT OF ABBOTT LABORATORIES' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INTERROGATORY RESPONSES

I, Charles B. Klein, declare:

1.     I am an attorney at law, admitted to practice in this Court for this matter. I am a partner with the law firm of Winston & Strawn LLP, counsel of record for Abbott Laboratories, and I am authorized to make this Declaration in that capacity.

2.     I submit this declaration in support of Abbott's Motion to Compel Production of Documents and Interrogatory Responses. The statements contained herein are based on my own personal knowledge unless otherwise stated.

3.     A true and correct copy of a portion of the Declaration of Douglas Greer, previously filed in the *In re Abbott Laboratories Norvir Antitrust Litig.*, Case No. 04-1511 is attached hereto as **Exhibit A**.

4.     A true and correct copy of Plaintiffs' responses and objections to Abbott Laboratories Interrogatories is attached hereto as **Exhibit B**.

5.     A true and correct copy of Plaintiffs' responses and objections to Abbott Laboratories Requests for Production is attached hereto as **Exhibit C**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Washington D.C, this 12th day of May, 2008.

/s/ Charles B. Klein
Charles B. Klein
Attorney for Defendant Abbott Laboratories

**Winston & Strawn LLP**
35 W. Wacker Drive
Chicago, IL 60601-9703