1

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4

5

6    MEIJER, INC., et al.,                    No. C 07-05985 CW

7              Plaintiffs,

8        v.

9    ABBOTT LABORATORIES,

10             Defendant.

11   _____

12   ROCHESTER DRUG CO-OPERATIVE, INC.          No. C 07-06010 CW

13             Plaintiff,

14       v.

15   ABBOTT LABORATORIES,

16             Defendant.
     _____

17   LOUISIANA WHOLESALE DRUG COMPANY,          No. C 07-06118 CW
     INC.,
18
               Plaintiff,
19
         v.
20
     ABBOTT LABORATORIES,
21
               Defendant.                      CLERK'S NOTICE
22                                             TAKING MOTION UNDER
                                               SUBMISSION
23   _____/

24

25        Notice is hereby given that the Court, on its own motion,

26   shall take Defendant Abbott Laboratories' Motion to Compel

27   Production of Documents and Interrogatory Responses under

28

United States District Court
For the Northern District of California

submission on the papers.   The hearing previously scheduled for
June 5, 2008, is vacated.   Opposition to the motion will be due May
15, 2008, and any reply will be due May 22, 2008.

Dated: 5/19/08

_Sheilah Cahill_
_____
SHEILAH CAHILL
Deputy Clerk

**United States District Court**
For the Northern District of California