1 | Joseph R. Saveri (SBN 130064)
*jsaveri@lchb.com*
2 | Eric B. Fastiff (SBN 182260)
*efastiff@lchb.com*
3 | Brendan Glackin (SBN 199643)
*bglackin@lchb.com*
4 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
5 | 275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
6 | Telephone: (415) 956-1000
Facsimile: (415) 956-1008
7 |
*Attorneys for Plaintiffs*
8 |

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | (OAKLAND DIVISION)

12 |

| | |
|---|---|
| 13 MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of 14 themselves and all others similarly situated, | Case No. C 07-5985 CW |
| 14 | **Hon. Claudia Wilken** |
| 15 Plaintiffs, | **APPENDIX OF UNPUBLISHED AUTHORITY IN SUPPORT OF THE** |
| 16 v. | **OPPOSITION OF PLAINTIFFS MEIJER, INC., MEIJER DISTRIBUTION, INC.,** |
| 17 ABBOTT LABORATORIES, | **ROCHESTER DRUG CO-OPERATIVE, INC., AND LOUISIANA WHOLESALE DRUG** |
| 18 Defendant. | **COMPANY, INC. TO DEFENDANT ABBOTT LABORATORIES' MOTION TO COMPEL** |
| 19 | **PRODUCTION OF DOCUMENTS AND** |
| 20 | **INTERROGATORY RESPONSES** |
| 21 ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself 22 and all others similarly situated, | Case No. C 07-6010 CW |
| 23 Plaintiff, | **Hon. Claudia Wilken** |
| 24 v. | |
| 25 ABBOTT LABORATORIES, | |
| 26 Defendant. | |
| 27 | |
| 28 --[*caption continues next page*]-- | |

1

2  LOUISIANA WHOLESALE DRUG          Case No. C 07-6118 CW
   COMPANY, INC., on behalf of itself
   and all others similarly situated,       **Hon. Claudia Wilken**
3

4              Plaintiff,

5       v.

6  ABBOTT LABORATORIES,

7              Defendant.

8

9  **APPENDIX OF UNPUBLISHED AUTHORITY IN SUPPORT OF THE OPPOSITION**
   **OF PLAINTIFFS MEIJER, INC., MEIJER DISTRIBUTION, INC., ROCHESTER**
10 **DRUG CO-OPERATIVE, INC., AND LOUISIANA WHOLESALE DRUG COMPANY,**
   **INC. TO DEFENDANT ABBOTT LABORATORIES' MOTION TO COMPEL**
11 **PRODUCTION OF DOCUMENTS AND INTERROGATORY RESPONSES**

12

13

| *Tab* | *Title* |
|---|---|
| A | *In re K-Dur Antitrust Litig.*, No. 01-1652, Special Master's Report and Recommendation Regarding The Appeal of Magistrate Judge G. Donald Haneke's Discovery Order of March 24, 2005 Filed by Defendants, Schering-Plough Corporation and Upsher-Smith Laboratories, Inc., and the Cross-Appeal Filed by the Direct Purchaser Plaintiffs (D.N.J. Jan. 2, 2007) |
| B | *In re K-Dur Antitrust Litig.*, No. 01-1652, Special Master's Report and Recommendation on the Direct Purchaser Plaintiffs' Motion for Class Certification (D.N.J. Apr. 14, 2008) |
| C | *In re Tricor Direct Purchaser Antitrust Litig.*, C.A. No. 05-340, Order (KAJ) (D. Del. Mar. 6, 2006) |
| D | *In re Tricor Direct Purchaser Antitrust Litig.*, C.A. No. 05-340 (KAJ), Transcript of Proceedings Before the Honorable Kent A. Jordan (Mar. 3, 2006) |
| E | *Lumco Industries, Inc. v. Jeld-Wen, Inc.,* No. 96-CV-2125 (E.D. Pa. May 16, 1997) |
| F | *In re Carbon Dioxide Antitrust Litig.,* MDL 940 (M.D. Fla. Nov. 19, 1993) |
| G | *In re Carbon Dioxide Antitrust Litig.,* MDL 940 (M.D. Fla. Dec. 10, 1992) |
| H | *In re Terazosin Hydrochloride Antitrust Litigation*, Case Nos. 98-3125, 99-7143, Omnibus Order (1) Granting Motion for Certification of the Proposed Direct Purchaser ("Sherman Act") Class; (2) Granting Motion for Preliminary Approval, of the Proposed Settlement; (3) Granting Motion for Approval of the Form and Manner of Notice to the Class; and (4) Granting Motion for Setting Certain Deadlines |

28

764072.1                                    - 1 -