# TAB D

3/6/06

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) | Civil Action No. 05-340-KAJ (Consolidated) |
| THIS DOCUMENT RELATES TO: | ) ) | |
| ALL ACTIONS | ) ) | |

## ORDER

At Wilmington this **6th** day of **March, 2006,**

For the reasons set forth by the Court during the teleconference on March 3, 2006,

IT IS ORDERED that:

1. Discovery by plaintiffs regarding Hytrin will be permitted to the extent described during the teleconference.

2. Discovery by defendants into "downstream" sales data will not be permitted.

UNITED STATES DISTRICT JUDGE