1  Joseph R. Saveri (SBN 130064)
   *jsaveri@lchb.com*
2  Eric B. Fastiff (SBN 182260)
   *efastiff@lchb.com*
3  Brendan Glackin (SBN 199643)
   *bglackin@lchb.com*
4  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   Embarcadero Center West
5  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
6  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
7
   *Attorneys for Individual and Representative Plaintiff*
8  *Rochester Drug Co-Operative, Inc.*

9  Charles M. Kagay (SBN 073377)
   *cmk@slksf.com*
10 SPIEGEL, LIAO & KAGAY
   388 Market Street, Suite 900
11 San Francisco, CA 94111
   Telephone:  (415) 956-5959
12 Facsimile:  (415) 362-1431

13 *Attorneys for Individual and Representative Plaintiff*
   *Louisiana Wholesale Drug Company, Inc.*
14

FILED
JUN - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant.<br><br>--[*caption continues next page*]-- | Case No. C 07-5985 CW<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

763776.1

[APPLICATION FOR ADMISSION
OF ATTORNEY *PRO HAC VICE*
CASE NOS. C 07-5985 CW; C 07-6010 CW; C 07-6118 CW

| | |
|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-6010 CW<br><br>**Hon. Claudia Wilken** |
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-6118 CW<br><br>**Hon. Claudia Wilken** |

Pursuant to Civil L.R. 11-3, Daniel C. Simons, an active member in good standing of the bar of Pennsylvania, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiff Rochester Drug Co-Operative, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of Pennsylvania;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing and to become familiar with the Local Rules and the Alternative Dispute Resolution program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

1
2   Joseph R. Saveri
    Lieff, Cabraser, Heimann & Bernstein, LLP
3   275 Battery Street, 30th Floor
    San Francisco, CA 94111
4   Telephone: (415) 956-1000

5   I declare under penalty of perjury of the laws of the United States that the
6   foregoing in true and correct.

7
8   Dated: May 22, 2008          By: /s/ Daniel C. Simons
9                                     Daniel C. Simons

10
...
28

763776.1                         - 3 -                    APPLICATION FOR ADMISSION OF
                                                          ATTORNEY *PRO HAC VICE*
                                            CASE NOS. C 07-5985 CW; C 07-6010 CW; C 07-6118 CW