Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA  94111-5894
Telephone:   415-591-1000
Facsimile:    415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:   312-558-5600
Facsimile:    312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Charles B. Klein (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C.  20007
Telephone:   202-282-5000
Facsimile:    202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>    Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant.<br><br>[caption continues next page] | **Case No. C 07-5702 CW**<br><br>*Related Per November 19, 2007 Order to Case No. C 04-1511 CW*<br><br>**NOTICE OF CONTINUANCE OF HEARING ON ABBOTT'S MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**<br><br>Date:       July 10, 2008<br>Time:      2:00 p.m.<br>Courtroom:  2 (4th Floor)<br>Judge:     Hon. Claudia Wilken |

NOTICE OF CONTINUANCE OF HEARING ON ABBOTT LABORATORIES' MOTION FOR
CERTIFICATION OF INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)
CASE NOS. C 07-5702, C 07-5470, C 07-5985, C 07-6010, C 07-6118

| | |
|---|---|
| SAFEWAY INC.; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; and HEB GROCERY COMPANY, LP,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>ABBOTT LABORATORIES,<br><br>　　　　　Defendant. | **Case No. C 07-5470 CW**<br><br>*Related Per October 31, 2007 Order to Case No. C 04-1511 CW*<br><br>**NOTICE OF CONTINUANCE OF HEARING ON ABBOTT'S MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**<br><br>Date:　　July 10, 2008<br>Time:　　2:00 p.m.<br>Courtroom:　2 (4th Floor)<br>Judge:　　Hon. Claudia Wilken |
| RITE AID CORPORATION; RITE AID HDQTRS, CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC. d/b/a BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; and CAREMARK, L.L.C.,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>ABBOTT LABORATORIES,<br><br>　　　　　Defendant. | **No. C 07-6120 CW**<br><br>*Related Per December 5, 2007 Order to Case No. C 04-1511 CW*<br><br>**NOTICE OF CONTINUANCE OF HEARING ON ABBOTT'S MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**<br><br>Date:　　July 10, 2008<br>Time:　　2:00 p.m.<br>Courtroom:　2 (4th Floor)<br>Judge:　　Hon. Claudia Wilken |
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>ABBOTT LABORATORIES,<br><br>　　　　　Defendant.<br><br>　　[caption continues next page] | **Case No. C 07-5985 CW**<br><br>*Related Per October 31, 2007 Order to Case No. C 04-1511 CW*<br><br>**NOTICE OF CONTINUANCE OF HEARING ON ABBOTT'S MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**<br><br>Date:　　July 10, 2008<br>Time:　　2:00 p.m.<br>Courtroom:　2 (4th Floor)<br>Judge:　　Hon. Claudia Wilken |

Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

NOTICE OF CONTINUANCE OF HEARING ON ABBOTT LABORATORIES' MOTION FOR
CERTIFICATION OF INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)
CASE NOS. C 07-5702, C 07-5470, C 07-5985, C 07-6010, C 07-6118

|   |   |
|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ABBOTT LABORATORIES,<br><br>　　　　Defendant. | **Case No. C 07-6010 CW**<br><br>*Related Per October 31, 2007 Order to Case No. C 04-1511 CW*<br><br>**NOTICE OF CONTINUANCE OF HEARING ON ABBOTT'S MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**<br><br>Date:　　　July 108, 2008<br>Time:　　　2:00 p.m.<br>Courtroom:　2 (4th Floor)<br>Judge:　　　Hon. Claudia Wilken |
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ABBOTT LABORATORIES,<br><br>　　　　Defendant. | **Case No. C 07-6118 CW**<br><br>*Related Per October 31, 2007 Order to Case No. C 04-1511 CW*<br><br>**NOTICE OF CONTINUANCE OF HEARING ON ABBOTT'S MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**<br><br>Date:　　　July 10, 2008<br>Time:　　　2:00 p.m.<br>Courtroom:　2 (4th Floor)<br>Judge:　　　Hon. Claudia Wilken |

Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

**NOTICE OF CONTINUANCE**

Pursuant to Local Rule 7-7(a), Abbott Laboratories files this Notice of Continuance of Hearing on Abbott Laboratories' Motion for Certification of Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) filed June 3, 2008.

PLEASE TAKE NOTICE THAT on July 10, 2008 at 2:00 p.m., or as soon thereafter as the matter may be heard in Courtroom 2, before the Honorable Claudia Wilken, in the United States District Court for the Northern District of California, Oakland Division, defendant Abbott Laboratories will move this Court pursuant to 28 U.S.C. § 1292(b) to amend its April 11, 2008, Order and certify for interlocutory appeal a question of law concerning the proper application of *Cascade Health Solutions v. Peacehealth*, 515 F.3d 883 (9th Cir. 2008), in these cases. Abbott originally noticed the hearing on its motion to certify an interlocutory appeal for July 8, 2008. Per the Court's instruction that the hearing be set for a Thursday, Abbott is continuing the hearing on that motion to Thursday, July 10, 2008 at the above-stated time and location.

Dated:  June 4, 2008                                WINSTON & STRAWN LLP


                                                    By:  /s/ Nicole M. Norris

                                                         Nicole M. Norris
                                                         Attorneys for Defendant
                                                         ABBOTT LABORATORIES

Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

1
NOTICE OF CONTINUANCE OF HEARING ON ABBOTT LABORATORIES' MOTION FOR
CERTIFICATION OF INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)
CASE NOS. C 07-5702, C 07-5470, C 07-5985, C 07-6010, C 07-6118