Joseph R. Saveri (SBN 130064)
jsaveri@lchb.com
Eric B. Fastiff (SBN 182260)
efastiff@lchb.com
Brendan Glackin (SBN 199643)
bglackin@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Attorneys for Individual and Representative Plaintiff Rochester Drug Co-Operative, Inc.*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-5985 CW<br><br>**DIRECT PURCHASER CLASS PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ENTRY OF PROPOSED PRETRIAL ORDER NO. 1 (UNOPPOSED)**<br><br>Date:     July 24, 2008<br>Time:    2:00 PM<br>Court:   Courtroom 2, 4th Floor |
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-6010 CW<br><br>**Hon. Claudia Wilken** |
| --[*caption continues next page*]-- | |

763462.1

DPC PTFS' MTN FOR ENTRY OF PROPOSED
PRETRIAL ORDER #1
CASE NOS. C 07-5985 CW; C 07-6010 CW; C 07-6118 CW

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-6118 CW<br><br>Hon. Claudia Wilken |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure and the *Manual on Complex Litigation (Fourth)*, and for the reasons set forth in the accompanying Memorandum of Law, plaintiffs in the three above-captioned antitrust class actions (collectively, "Plaintiffs") respectfully move for entry of the proposed Pretrial Order No. 1, attached to as Exhibit 1 to the supporting Memorandum of Law. PTO No. 1 would consolidate the three pending related class actions, and appoint interim co-lead class counsel.

Counsel for Plaintiffs have met and conferred with counsel for the Defendant, and all parties support entry of proposed Pretrial Order No. 1.

Dated: June 6, 2008                          Respectfully submitted,

/s/ Eric Cramer
Eric L. Cramer, *Pro Hac Vice*
Email: ecramer@bm.net
Daniel C. Simons
Email: dsimons@bm.net
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

*Counsel for Plaintiff Rochester Drug Cooperative, Inc.*

| | |
|---|---|
| 1 | Linda P. Nussbaum, *Pro Hac Vice* |
|   | Email: lnussbaum@kaplanfox.com |
| 2 | John D. Radice, *Pro Hac Vice* |
|   | Email: jradice@kaplanfox.com |
| 3 | **KAPLAN FOX & KILSHEIMER, LLP** |
|   | 850 Third Avenue, 14th Floor |
| 4 | New York, NY 10022 |
|   | Telephone: (212) 687-1980 |
| 5 | Facsimile: (212) 687-7714 |
| 6 | *Counsel for Plaintiffs Meijer, Inc. and Meijer Distribution, Inc.* |

Bruce E. Gerstein, *Pro Hac Vice*
Email: bgerstein@garwingerstein.com
Noah H. Silverman, *Pro Hac Vice*
Email: nsilverman@garwingerstein.com
**GARWIN GERSTEIN & FISHER, LLP**
1501 Broadway, Suite 1416
New York, NY 10036
Telephone: (212) 398-0055
Facsimile: (212) 764-6620

*Counsel for Plaintiff Louisiana Wholesale Drug Co., Inc.*

John Gregory Odom, *Pro Hac Vice*
Email: greg@odrlaw.com
Stuart E. Des Roches, *Pro Hac Vice*
Email: stuart@odrlaw.com
John Alden Meade, *Pro Hac Vice*
Email: jmeade@odrlaw.com
**ODOM & DES ROCHES, LLP**
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130
Telephone: (504) 522-0077
Facsimile: (504) 522-0078

David P. Smith, *Pro Hac Vice*
Email: dpsmith@psfllp.com
W. Ross Foote, *Pro Hac Vice*
Email: rfoote@psfllp.com
**PERCY SMITH & FOOTE, LLP**
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309
Telephone: (318) 445-4480
Facsimile: (318) 487-1741

1   Joshua P. Davis (State Bar No. 193254)
    Email: davisj@usfca.edu
2   **LAW OFFICES OF JOSHUA P. DAVIS**
    437A Valley Street
3   San Francisco, CA 94131
    Telephone: (415) 422-6223
4
    Joseph R. Saveri (SBN 130064)
5   Email: jsaveri@lchb.com
    Eric B. Fastiff (SBN 182260)
6   Email: efastiff@lchb.com
    Brendan Glackin (SBN 199643)
7   Email: bglackin@lchb.com
    **LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
8   Embarcadero Center West
    275 Battery Street, 30th Floor
9   San Francisco, CA 94111-3339
    Telephone: (415) 956-1000
10  Facsimile: (415) 956-1008

11  Joseph M. Vanek, *Pro Hac Vice*
    Email: jvanek@vaneklaw.com
12  David P. Germaine, *Pro Hac Vice*
    Email: dgermaine@vaneklaw.com
13  **VANEK, VICKERS & MASINI, P.C.**
    111 South Wacker Drive, Suite 4050
14  Chicago, IL 60606
    Telephone: (312) 224-1500
15  Facsimile: (312) 224-1510

16  Andrew E. Aubertine, *Pro Hac Vice*
    Email: aa@adr-portland.com
17  **AUBERTINE DRAPER ROSE, LLP**
    1211 S.W. Sixth Avenue
18  Portland, OR 97204
    Telephone: (503) 221 4570
19  Facsimile: (503) 221 4590

20  Charles M. Kagay (SBN 073377)
    Email: cmk@slksf.com
21  **SPIEGEL, LIAO & KAGAY**
    388 Market Street, Suite 900
22  San Francisco, CA 94111
    Telephone: (415) 956 5959
23  Facsimile: (415) 362 1431

24

25

26

27

28

Tucker Ronzetti, *Pro Hac Vice*
Email: tr@kttlaw.com
Adam Moskowitz, *Pro Hac Vice*
Email: amm@kttlaw.com
**KOZYAK TROPIN & THROCKMORTON**
2800 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131 2335
Telephone: (305) 372 1800
Facsimile: (305) 372 3508

Paul E. Slater, *Pro Hac Vice*
Email: pes@sperling-law.com
**SPERLING & SLATER**
55 West Monroe Street, Suite 3200
Chicago, IL 60603
Telephone: (312) 641 3200
Facsimile: (312) 641 6492

*Additional Plaintiffs Counsel*

　　　　Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Eric Cramer.