# EXHIBIT A

| | |
|---|---|
| 1 | Joseph R. Saveri (SBN 130064) |
| | *jsaveri@lchb.com* |
| 2 | Brendan Glackin (SBN 199643) |
| | *bglackin@lchb.com* |
| 3 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| | Embarcadero Center West |
| 4 | 275 Battery Street, 30th Floor |
| | San Francisco, CA 94111-3339 |
| 5 | Telephone: (415) 956-1000 |
| | Facsimile: (415) 956-1008 |
| 6 | |
| 7 | *Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-5985 CW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE** |
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-6010 CW<br><br>**Hon. Claudia Wilken** |
| --*[caption continues next page]*-- | |

767195.1

-1-

|   |   |
|---|---|
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-6118 CW<br><br>**Hon. Claudia Wilken** |

Upon consideration of Plaintiffs' Motion to Strike, or in the Alternative to File Supplemental Memorandum in Further Opposition to Defendant Abbott Laboratories' Motion to Compel Production of Documents and Interrogatory Responses filed by Plaintiffs Meijer, Inc., Meijer Distribution, Inc.; Rochester Drug Co-Operative, Inc., and Louisiana Wholesale Drug Co., Inc., it is hereby ORDERED that the motion is GRANTED. Defendant Abbott Laboratories' reply brief, filed May 30, 2008, and any papers submitted in support thereof, are stricken from the record.

DATED: _____          _____
                                 THE HONORABLE CLAUDIA WILKEN