1  Joseph R. Saveri (SBN 130064)
   *jsaveri@lchb.com*
2  Eric B. Fastiff (SBN 182260)
   *efastiff@lchb.com*
3  Brendan Glackin (SBN 199643)
   *bglackin@lchb.com*
4  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   Embarcadero Center West
5  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
6  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-5985 CW<br><br>**PRETRIAL ORDER NO. 1 REGARDING CONSOLIDATION AND <u>MANAGEMENT</u>** |
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-6010 CW<br><br>**Hon. Claudia Wilken** |
| --[*caption continues on next page*]— | |

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>                    Plaintiff,<br>v.<br><br>ABBOTT LABORATORIES,<br><br>                    Defendant. | Case No. C 07-6118 CW<br><br>**Hon. Claudia Wilken** |

WHEREAS, Plaintiffs Rochester Drug Co-operative, Inc., Meijer, Inc., Meijer Distribution, Inc., and Louisiana Wholesale Drug Co., Inc. ("Plaintiffs") have filed complaints (the "Direct Purchaser Class Complaints") in the above-referenced actions for alleged violations of the antitrust laws involving the brand name prescription drugs Norvir and Kaletra, pursuant to Section 2 of the Sherman Act, 15 U.S.C. § 2;

WHEREAS, Plaintiffs seek to proceed on behalf of a proposed class of direct purchasers of Norvir and/or Kaletra from defendant Abbott Laboratories ("Abbott"); and,

WHEREAS, consolidation of the Direct Purchaser Class Complaints and any other future like actions will avoid unnecessary costs and promote the efficient conduct of proceedings herein;

WHEREAS, Plaintiffs request entry of this Order, and Abbott does not oppose its entry;

NOW, THEREFORE, THE COURT ORDERS:

**I.   CONSOLIDATION**

1. This Order shall govern and control the procedure for the litigation of each of the above-listed class actions, and all "tag along" class action cases—cases which assert or purport to assert class action claims arising from or relating to the operative facts and allegations contained in the Direct Purchaser Class Complaints—that are subsequently filed in or transferred to this Court (collectively, the "Consolidated Direct Purchaser Class Action"). All such actions are hereby consolidated for all purposes until further order, pursuant to Fed. R. Civ. P. 42(a).

2. The existing Consolidated Amended Complaint filed in *Meijer, Inc. & Meijer Distribution, Inc. v. Abbott Laboratories, Inc.*, No. C 07-5985 CW (N.D. Cal.), shall operate as the operative Consolidated Complaint. All papers hereafter filed in the Consolidated Direct Purchaser Class Action shall bear the caption of the earliest-filed Direct Purchaser Complaint, *Meijer, Inc. & Meijer Distribution, Inc. v. Abbott Laboratories, Inc.*, No. C 07-5985 CW (N.D. Cal.). The complaints in Civil Action Nos. 07-6010 & 07-6118 are dismissed without prejudice.

3. Defendant Abbott Laboratories has already answered the Consolidated Amended Complaint in the *Meijer* action.

4. The terms of this Order shall not have the effect of making any person, firm, or corporation a party to any action in which he, she or it has not been properly named, served, or joined, in accordance with the Federal Rules of Civil Procedure. The terms of this Order and the consolidation ordered herein, and Abbott's agreement not to oppose the entry of this Order, shall not constitute a waiver by any party of any claims in or defenses to any of the actions, including defenses based on personal jurisdiction.

5. When an action that properly belongs as part of the Consolidated Direct Purchaser Class Action (pursuant to paragraph I.1 of this Order) is hereinafter filed in this Court or transferred to this Court, Plaintiffs' Co-Lead Counsel (*see* paragraph II.1 of this Order) shall serve a file-endorsed copy of this Order upon attorneys for plaintiff(s) in the newly-filed or transferred action, and upon the attorneys for any new defendant(s) in the newly-filed or transferred cases, and file such notice and proof of service with this Court. Objections to consolidation or application of the other terms of this Order to such cases shall be promptly filed, with a copy served on counsel for Plaintiffs.

## II. ORGANIZATION OF COUNSEL

1. The Court designates the following to act as Co-Lead Counsel on behalf of all plaintiffs in the Consolidated Direct Purchaser Class Action, with the responsibilities hereinafter described:

KAPLAN FOX & KILSHEIMER, LLP
Robert N. Kaplan
Linda P. Nussbaum
John D. Radice
805 Third Avenue
New York, NY 10022
Tel: 212.687.1980
Fax: 212.687.7714

BERGER & MONTAGUE, P.C.
Eric L. Cramer
Daniel C. Simons
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604

GARWIN GERSTEIN & FISHER, LLP
Bruce E. Gerstein
Noah Silverman
1501 Broadway
New York, NY 10036
Tel: (212) 398-0055
Fax: (212) 764-6620

2. Co-Lead Counsel, working together in a coordinated fashion, shall have sole authority over the following matters on behalf of all plaintiffs in the Consolidated Direct Purchaser Action: (a) convening meetings of plaintiffs' counsel; (b) initiation, response, scheduling, briefing, and argument of all motions; (c) the scope, order, and conduct of all discovery proceedings; (d) making such work assignments among themselves and other counsel as they may deem appropriate; (e) collecting time and expense reports from all plaintiffs' counsel on a periodic basis; (f) the retention of experts; (g) designation of which attorneys shall appear at hearings and conferences with the Court; (h) the timing and substance of any settlement negotiations with defendant(s); (i) the allocation of fees, if any are awarded by the Court; and (j) other matters concerning the prosecution of the Consolidated Direct Purchaser Action.

3. In addition to Co-Lead Counsel, the Court designates the following to serve on an Executive Committee, comprised of themselves and Co-Lead Counsel with the responsibilities hereinafter described:

ODOM & DES ROCHES, LLP
John Gregory Odom
Stuart E. Des Roches
John Alden Meade
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130
Tel: (504) 522-0077
Fax: (504) 522-0078

THE SMITH FOOTE LAW FIRM, LLP
David P. Smith
W. Ross Foote
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309
Tel: (318) 445-4480
Fax: (318) 487-1741

4. The Executive Committee shall perform the functions of the litigation as directed by Co-Lead Counsel.

5. The Court designates the following firms to act as Other Class Counsel, which shall perform the functions of the litigation as directed by the Co-Lead Counsel and/or the Executive Committee:

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Joseph R. Saveri
Eric B. Fastiff
Brendan Glackin
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone:    (415) 956-1000
Facsimile:     (415) 956-1008

SPIEGEL, LIAO & KAGAY
Charles M. Kagay
Wayne M. Liao
388 Market Street, Suite 900
San Francisco, California 94111
Telephone:    (415) 956-5959
Facsimile:     (415) 962-1431

|   |   |
|---|---|
| 1 | KOZYAK TROPIN & THROCKMORTON |
|   | Tucker Ronzetti |
| 2 | Adam Moskowitz |
|   | 2800 Wachovia Financial Center |
| 3 | 200 South Biscayne Boulevard |
|   | Miami, Florida 33131-2335 |
| 4 | Telephone: (305) 372-1800 |
|   | Telecopier: (305) 372-3508 |

```
1                       KOZYAK TROPIN & THROCKMORTON
                        Tucker Ronzetti
2                       Adam Moskowitz
                        2800 Wachovia Financial Center
3                       200 South Biscayne Boulevard
                        Miami, Florida 33131-2335
4                       Telephone: (305) 372-1800
                        Telecopier: (305) 372-3508
5
                        AUBERTINE DRAPER ROSE, LLP
6                       Andrew E. Aubertine
                        1211 SW Sixth Avenue
7                       Portland, Oregon 97204
                        Telephone:   (503) 221-4570
8                       Facsimile:   (503) 221-4590

9                       LAW OFFICES OF JOSHUA P. DAVIS
                        Joshua P. Davis
10                      437A Valley Street
                        San Francisco, CA 94131
11                      Telephone:   (415) 422-6223

12                      VANEK, VICKERS & MASINI, P.C.
                        Joseph M. Vanek
13                      David P. Germaine
                        111 S. Wacker Drive, Suite 4050
14                      Chicago, IL 60606
                        Telephone:   (312) 224-1500
15                      Facsimile:   (312) 224-1510

16                      SPERLING & SLATER
                        Paul E. Slater
17                      55 West Monroe Street, Suite 3200
                        Chicago, Illinois 60603
18                      Telephone:   (312) 641-3200
                        Facsimile:   (312) 641-6492
19
20      6.   No motion or other pleadings shall be initiated or filed on behalf of any
21 Plaintiffs in the Consolidated Direct Purchaser Action except through Co-Lead Counsel or their
22 designees.
23      7.   Time Records: All Plaintiffs' counsel in the Consolidated Direct Purchaser
24 Action shall keep contemporaneous time records and shall periodically submit summaries or
25 other records and expenses to Co-Lead Counsel or their designees.
26      SO ORDERED, this 18th day of June, 2008:
27                                                  [signature]
28                                           _____
                                             United States District Judge
```