IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re | No. C 04-01511 CW |
| ABBOTT LABORATORIES ANTITRUST LITIGATION | |
| ———————————————————— | |
| SAFEWAY, INC., et al. | No. C 07-05470 CW |
| v. | |
| ABBOT LABORATORIES | |
| ———————————————————— | |
| SMITHKLINE BEECHAM CORPORATION, | No. C 07-05702 CW |
| v. | |
| ABBOTT LABORATORIES | |
| ———————————————————— | |
| MEIJER INC., et al., | No. C 07-05985 CW |
| v. | |
| ABBOTT LABORATORIES | |
| ———————————————————— | |
| ROCHESTER DRUG CO-OPERATIVE, INC., | No. C 07-06010 CW |
| v. | |
| ABBOTT LABORATORIES | |
| ———————————————————— | |
| LOUISIANA WHOLESALE DRUG CO., INC. | No. C 07-06118 CW |
| v. | |
| ABBOTT LABORATORIES | |
| ———————————————————— | |
| RITE AIDE CORP., et al., | No. C 07-06120 CW |
| v. | CLERK'S NOTICE RE FILING OF TENTATIVE RULING IN RELATED CASE |
| ABBOTT LABORATORIES | |
| ————————————————————————————/ | |

United States District Court
For the Northern District of California

Notice is hereby given that the attached Tentative Order Certifying Issues and Granting Leave to Seek Appeal was electronically filed today in related case C-04-1511 CW, <u>In Re Abbott Laboratories Norvir Anti-Trust Litigation</u>.

DATED:8/19/08

*Sheilah Cahill*

SHEILAH CAHILL
Deputy Clerk

**United States District Court**
For the Northern District of California

2